Mark A. Ozzello (SBN 116595)
Mark.Ozzello@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:    (310) 943-0396

Russell D. Paul (*pro hac vice admission pending*)
rpaul@bm.net
Amey J. Park (*pro hac vice admission pending*)
apark@bm.net
BERGER MONTAGUE P.C.
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone:   (215) 875-3000
Facsimile:    (215) 875-4604

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PATRICK, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br><br>Defendant. | Case No.:<br><br>**CLASS ACTION COMPLAINT FOR:**<br><br>(1)  Violations of California's Consumers Legal Remedies Act<br>(2)  Violations of Unfair Competition Law<br>(3)  Breach of Implied Warranty pursuant to Song-Beverly Consumer Warranty Act<br>(4)  Breach of Express Warranty<br>(5)  Breach of Express and Implied Warranty under the Magnuson-Moss Warranty Act<br>(6)  Unjust Enrichment<br><br>**DEMAND FOR JURY TRIAL** |

1.     Plaintiff David Patrick ("Patrick") brings this action for himself and on behalf of all persons in the United States who purchased or leased any 2019-present Volkswagen Golf GTI or Volkswagen Jetta GLI vehicle equipped with a manual transmission designed, manufactured, marketed, distributed, sold, warranted, and/or serviced by Volkswagen Group of America, Inc. ("Volkswagen," "VWGoA," or "Defendant") ("Class Vehicles").  Plaintiff alleges as follows:

**INTRODUCTION**

2.     This is a consumer class action concerning a failure to disclose material facts and a safety concern to consumers.

3.     Volkswagen Group of America, Inc., manufactured, marketed, distributed, and/or sold the Class Vehicles without disclosing that the Class Vehicles were prone to engine stalling.

4.     The Class Vehicles are defective in that their engines stall suddenly and unexpectedly (the "Engine Stall Defect").

5.     The Engine Stall Defect is inherent in each Class Vehicle and was present at the time of sale.

6.     On information and belief, VWGoA knew of the Engine Stall Defect through pre-production testing, pre-production design failure mode analysis, design failure mode analysis, calls to its customer service hotline, and customer complaints made to dealers, aggregate warranty data compiled from those dealers, repair order and parts data received from the dealers, consumer complaints to dealers and NHTSA, and testing performed in response to consumer complaints.  However, this knowledge and information was exclusively in the possession of VWGoA and its network of dealers and, therefore, unavailable to consumers. Additionally, on information and belief, VWGoA interacted with Class Members in a private Facebook group and responded to complaints regarding the Engine Stall Defect. This alone

1  conclusively establishes that VWGoA knew of the Engine Stall Defect.

2      7.      The Engine Stall Defect is material because it poses a serious

3  safety concern. As attested by Class Members in complaints to the National

4  Highway Traffic Safety Administration ("NHTSA"), and other online forums,

5  the Engine Stall Defect can impair any driver's ability to control his or her

6  vehicle and greatly increase the risk of collision.

7      8.      The Engine Stall Defect is also material because consumers will

8  incur significant and unexpected repair costs. VWGoA's failure to disclose, at

9  the time of purchase or lease, the engine's marked tendency to fail is material

10  because no reasonable consumer expects to spend hundreds, if not thousands, of

11  dollars to repair or replace essential engine-related components.

12      9.      Had VWGoA disclosed the Engine Stall Defect, Plaintiff and Class

13  Members would not have purchased or leased the Class Vehicles or would have

14  paid less for them.

**THE PARTIES**

**Plaintiff David Patrick**

17      10.      Plaintiff Patrick is a California citizen who resides in Fullerton,

18  California.

19      11.      On or around May 26, 2019, Plaintiff Patrick leased a new 2019

20  Volkswagen Jetta GLI from Riverside Volkswagen, an authorized VWGoA

21  dealer in Riverside, California.

22      12.      Plaintiff Patrick leased his vehicle primarily for personal, family, or

23  household use.

24      13.      Passenger safety and reliability were important factors in Plaintiff

25  Patrick's decision to lease his vehicle. Before making his lease, Plaintiff Patrick

26  researched the Volkswagen GLI online, including on Volkswagen's website.

27  During his research, he viewed an advertisement for the GLI vehicle produced

28  by Volkswagen on YouTube. At the dealership, Plaintiff Patrick also reviewed

the vehicle's Monroney Sticker or "window sticker" which listed official information about the vehicle, and also made no reference to the Engine Stall Defect. Plaintiff Patrick believed that the Jetta would be a safe and reliable vehicle.

14.     VWGoA's omissions were material to Plaintiff Patrick. Had VWGoA disclosed its knowledge of the Engine Stall Defect before he leased his vehicle, Plaintiff Patrick would have seen and been aware of the disclosures. Furthermore, had he known of the Engine Stall Defect, Plaintiff Patrick would not have leased his vehicle, or would have paid less for it.

15.     Since the beginning of his lease, Plaintiff Patrick's vehicle has been stalling under normal driving conditions. Specifically, when Plaintiff Patrick brings his vehicle to a stop and either puts the vehicle in neutral or depresses the clutch, his engine will stall. Upon restarting the engine, the vehicle stutters, and, sometimes, stalls again. Plaintiff Patrick's vehicle has stalled both on surface streets and on the freeway in traffic.

16.     On June 30, 2019, with 1,540 miles on the odometer, Plaintiff Patrick brought his vehicle back to Riverside Volkswagen, complaining, as recorded on the dealership's repair records, that "THE VEHICLE WILL SHUT OFF WHILE THE VEHICLE IS IN NEUTRAL. THE PROBLEM WILL HAPPEN ONCE OR TWICE PER WEEK." The dealership failed to perform any repairs in response, and merely reported, "CAR IS OPERATING AS DESIGNED."

17.     Despite bringing his vehicle to the Volkswagen dealership—Volkswagen's authorized agent for repairs—Plaintiff Patrick has not received a repair under warranty, and his vehicle continues to exhibit the Engine Stall Defect.

18.     At all times, Plaintiff Patrick, like all Class Members, has driven his vehicle in a manner both foreseeable and in which it was intended to be used.

**Defendant**

19.     Defendant VWGoA is a corporation organized and in existence under the laws of the State of New Jersey and registered to do business in the State of California. VWGoA's Corporate Headquarters are located at 2200 Ferdinand Porsche Drive, Herndon, Virginia 20171.  VWGoA designs, manufactures, markets, distributes, services, repairs, sells, and/or leases passenger vehicles, including the Class Vehicles, nationwide, and in California. VWGoA is the warrantor and distributor of the Class Vehicles in the United States.

20.     At all relevant times, VWGoA was and is engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and/or selling automobiles and motor vehicle components in Orange County and throughout the United States of America.

**JURISDICTION**

21.     This is a class action.

22.     Members of the proposed Class are citizens of states different from the home state of Defendant.

23.     On information and belief, the aggregate claims of individual Class Members exceed $5,000,000.00 in value, exclusive of interest and costs.

24.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(d).

**VENUE**

25.     VWGoA, through its business of distributing, selling, and leasing the Class Vehicles, has established sufficient contacts in this district such that personal jurisdiction is appropriate.  Defendant is deemed to reside in this district pursuant to 28 U.S.C. § 1391(a).

26.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because Plaintiff Patrick resides in the County of Orange, California. In addition, Plaintiff Patrick's Declaration, as required under California Civil Code section

1    1780(d) but not pursuant to *Erie* and federal procedural rules, reflects that a

2    substantial part of the events or omissions giving rise to the claims alleged herein

3    occurred, or a substantial part of property that is the subject of this action, is

4    situated in Orange County, California.  It is attached as Exhibit 1.

5                          **FACTUAL ALLEGATIONS**

6    27.    Since Summer 2018, if not earlier, VWGoA has designed,

7    manufactured, distributed, sold, and/or leased the Class Vehicles. VWGoA has

8    sold, directly or indirectly, through dealers and other retail outlets, thousands of

9    Class Vehicles in California and nationwide. VWGoA warrants and services the

10   Class Vehicles through its nationwide network of authorized dealers and service

11   providers.

12   28.    The Class Vehicles are equipped with an engine prone to sudden,

13   unexpected stalling.

14            **The Engine Stall Defect Poses a Serious Safety Concern**

15   29.    The Stalling Defect is dangerous, preventing drivers from changing

16   speed or steering, often while in traffic and in intersections. The Stalling Defect

17   causes the Class Vehicles to shut down or stall, which severely impairs the

18   driver's control and increases the risk of collisions.

19   30.    Plaintiff Patrick has had the unnerving experience of sudden

20   stalling, including in bumper-to-bumper traffic on busy highways, at stop lights,

21   and in parking lots, several times since the beginning of his lease.

22   **VWGoA Had Superior and Exclusive Knowledge of the Engine Stall Defect**

23   31.    Since Summer 2018, if not earlier, VWGoA has designed,

24   manufactured, distributed, sold, and/or leased the Class Vehicles.

25   32.    Federal law requires automakers like VWGoA to be in close contact

26   with NHTSA regarding potential auto defects, including imposing a legal

27   requirement (backed by criminal penalties) compelling the confidential

28   disclosure of defects and related data by automakers to NHTSA, including field

reports, customer complaints, and warranty data. *See TREAD Act,* Pub. L. No. 106-414, 114 Stat.1800 (2000).

33. Automakers have a legal obligation to identify and report emerging safety-related defects to NHTSA under the Early Warning Report requirements. *Id.* Similarly, automakers monitor NHTSA databases for consumer complaints regarding their automobiles as part of their ongoing obligation to identify potential defects in their vehicles, including those which are safety-related. *Id.* Thus, VWGoA knew or should have known of the many complaints about the Engine Stall Defect logged by NHTSA ODI. The content, consistency, and disproportionate number of those complaints alerted, or should have alerted, VWGoA to the Engine Stall Defect.

34. With respect solely to the Class Vehicles, the following are some examples of the many complaints concerning the Engine Stall Defect which are available through NHTSA's website, www.safercar.gov. Many of the complaints reveal that VWGoA, through its network of dealers and repair technicians, has been made aware of the Engine Stall Defect. In addition, the complaints indicate that despite having knowledge of the Engine Stall Defect and even armed with knowledge of the exact vehicles affected, VWGoA failed to diagnose the defect or otherwise to repair it.

    a. **DATE OF INCIDENT:** February 27, 2019
       **DATE COMPLAINT FILED:** April 10, 2019
       **NHTSA/ODI ID:** 11195494
       **SUMMARY:** I PURCHASED A 2019 GOLF GTI RABBIT EDITION (URANO GREY) W/ MANUAL TRANSMISSION ON 2/23/2019. ON 2/27, MY CAR STALLS WHEN I AM STATIONARY ON FLAT TERRAIN, WAITING FOR THE GREEN LIGHT AT THE INTERSECTION, WITH MY CLUTCH ALL THE WAY IN.

       I RESTARTED THE ENGINE WITHOUT RELEASING THE CLUTCH. THE REVS GOES UP TO 800, STAYS THERE FOR A

SECOND, AND THE CAR STALLS AFTERWARDS. I DID ANOTHER TWO RESTARTS AFTER THAT, WHICH GAVE ME THE SAME RESULT.

THE WAY I GET OUT OF THIS SITUATION IS TO APPLY A LITTLE THROTTLE WHEN WAITING, RAISING THE REV TO AROUND 1100.

THIS ISSUE NEVER OCCURRED AFTERWARDS, BUT I BELIEVE THERE IS A POTENTIAL DEFECT IN POWER TRAIN OR ENGINE.

b. **DATE OF INCIDENT:** March 28, 2019
**DATE COMPLAINT FILED:** July 6, 2019
**NHTSA/ODI ID:** 11229842
**SUMMARY:** THE CAR STALLS FREQUENTLY WHEN IDLE AND STOPPED AT LIGHT OR OTHER AND NEEDS TO BE RESTARTED FROM THE PUSH START BUTTON AND ONLY HAS LESS THAN 1000 MILES

IF STARTED SOON AFTER BUYING IT AND CALLED DEALER BUT COULD NOT FIND THE GOOD TIME FOR APPT

c. **DATE OF INCIDENT:**   April 2, 2019
**DATE COMPLAINT FILED:**   April 5, 2019
**NHTSA/ODI ID:**   11194200
**SUMMARY:** THE CAR COMING SLOWING DOWN TO A STOP WILL SHUT (STALL) OFF AND REQUIRE RESTARTING.

SECONDARY ISSUE WHERE THE TRANSMISSION GEAR SELECTION INDICATOR WILL SHOW THE WRONG GEAR SELECTED.

HTTPS://WWW.YOUTUBE.COM/WATCH?V=56OMNOQSI-C

d. **DATE OF INCIDENT:** April 4, 2019
**DATE COMPLAINT FILED:** April 4, 2019
**NHTSA/ODI ID:** 11193940
**SUMMARY:** VEHICLE IS STALLING WHILE COMING UP TO A STOP AT LOW SPEEDS. I FULLY ENGAGE THE CLUTCH AND THEN IT STALLS. IT FEELS MORE OF AN ENGINE SHUTDOWN THAN A STALL; I SAY THIS BECAUSE IT IS A

CLASS ACTION COMPLAINT

VERY QUIET AND GENTLE SHUTDOWN. YOU CANT EVEN TELL IT HAPPENED UNTIL YOU SEE THE RPM'S DROP TO ZERO.

e.  **DATE OF INCIDENT:** April 4, 2019
    **DATE COMPLAINT FILED:** April 4, 2019
    **NHTSA/ODI ID:** 11193937
    **SUMMARY:** I HAVE A NEW 2019 VW GOLF GTI RABBIT WITH 500 MILES, I'VE HAD A PROBLEM WITH THE CAR STALLING AS I COME TO A STOP. IT'S HAPPENED MULTIPLE TIMES, ALL WHILE SLOWLY COMING TO A STOP. IT'S QUIET AND DON'T EVEN NOTICE UNTIL I TRY TO ACCELERATE

f.  **DATE OF INCIDENT:** April 8, 2019
    **DATE COMPLAINT FILED:** April 8, 2019
    **NHTSA/ODI ID:** 11194804
    **SUMMARY:** VEHICLE STALLS WHEN COMING TO A STOP WITH CLUTCH DEPRESSED.

    GEAR INDICATOR WILL INDICATE WRONG GEAR

g.  **DATE OF INCIDENT:** April 12, 2019
    **DATE COMPLAINT FILED:** April 13, 2019
    **NHTSA/ODI ID:** 11196007
    **SUMMARY:** PURCHASED 2019 GTI RABBIT EDITION 6MT. SOON AFTER PURCHASE, VEHICLE BEGAN STALLING UNEXPECTEDLY WHEN COMING TO A STOP WHEN CAR IS IN NEUTRAL. HAS HAPPENED WHEN CLUTCH IS EITHER DEPRESSED OR NOT. SOMETIMES CAR HAS STALLED WHEN FULLY STOPPED. IN THIS CASE THE CAR STARTS IDLING ROUGHLY AND SHUDDERS BEFORE STALLING. CAR STARTS UP AGAIN WITH NO WARNING LIGHTS ILLUMINATED. CALL HAS STALLED 6+ TIMES SINCE PURCHASE. CAR HAS ALSO EXHIBITED EXCESSIVE VIBRATION COMING FROM THE ENGINE SINCE PURCHASE. DEALERS HAVE NOT REALLY BEEN HELPFUL; THEY EITHER DENY THAT THERE IS A PROBLEM OR SAY THAT THE WHEELS/TIRES NEED BALANCING, HOWEVER BALANCING AND REPLACING THE TIRES DID NOT FIX THE ISSUE. I AM POSITIVE THIS IS RELATED TO THE STALLING ISSUES. ALSO, THE GEAR NUMBER INDICATOR SOMETIMES SHOWS THAT THE CAR IS A A DIFFERENT GEAR THAN

WHAT IS CURRENTLY SELECTED (I.E., CAR IS IN 4TH BUT GEAR INDICATOR INCORRECTLY SHOWS THE CAR IS IN 2ND). I HAVE SEEN THAT OTHER OWNERS HAVE THESE SAME EXACT ISSUES WHICH MEANS THAT THESE ARE MANUFACTURING DEFECTS IN THE VEHICLE. THIS IS A SAFETY ISSUE BECAUSE THE CAR COULD STALL AT ANYTIME MAKING IT HARDER TO CONTROL OR STOP, ESPECIALLY IN AN EMERGENCY.

h. **DATE OF INCIDENT:** April 12, 2019
**DATE COMPLAINT FILED:** September 16, 2019
**NHTSA/ODI ID:** 11255801
**SUMMARY:** I HAVE A NEW 2019 VW GOLF GTI RABBIT WITH 500 MILES, I'VE HAD A PROBLEM WITH THE CAR STALLING AS I COME TO A STOP. IT'S HAPPENED MULTIPLE TIMES, ALL WHILE SLOWLY COMING TO A STOP. IT'S QUIET AND DON'T EVEN NOTICE UNTIL I TRY TO ACCELERATE

i. **DATE OF INCIDENT:** April 15, 2019
**DATE COMPLAINT FILED:** April 18, 2019
**NHTSA/ODI ID:** 11197188
**SUMMARY:** VEHICLE DIED WHEN STOPPING AT RED LIGHT AT A HIGH TRAFFIC CITY INTERSECTION, CLUTCH WAS ALL THE DOWN. ALSO, DIED TWICE IN REVERSE WHILE PARKING IN DRIVEWAY AT SLOW ROLL WHILE CLUTCH WAS COMPLETELY DEPRESSED.

j. **DATE OF INCIDENT:** April 16, 2019
**DATE COMPLAINT FILED:** April 17, 2019
**NHTSA/ODI ID:** 11196841
**SUMMARY:** ENGINE STALLS AT CRAWL SPEEDS/COMING TO A COMPLETE STOP WITH THE CLUTCH PEDAL FULLY DEPRESSED. HAS HAPPENED THRICE SINCE PURCHASE. FIRST EPISODE WITH ODO AT AROUND 100 MILES. SECOND AROUND 350 MILES. LATEST EPISODE 4/16/19 AT 556 MILES.

THE STALL IS VERY QUIET LIKE IF THE CAR HAS AN AUTO STOP START FUNCTION AND IS ONLY NOTICED WHEN PUSHING ON THE GAS PEDAL TO GET MOVING AGAIN.

HAS NEVER HAPPENED WHEN COASTING IN NEUTRAL WITH THE CLUTCH LET OUT.

HAS NOT HAPPENED AT HIGHER SPEEDS BUT HAVE NOT DRIVEN MANY HIGHWAY MILES.

STARTS RIGHT UP AGAIN WITH NO TROUBLE ON PUSHING THE STOP/START BUTTON.

NO TROUBLE WITH THE GEAR INDICATOR AS SOME OTHER OWNERS OF THE SAME MODEL HAVE STATED ON ONLINE FORUMS.

k. **DATE OF INCIDENT:** April 23, 2019
**DATE COMPLAINT FILED:** April 25, 2019
**NHTSA/ODI ID:** 11203618
**SUMMARY:** ON SEVERAL OCCASIONS SINCE ABOUT APRIL 8,2019 MY NEW GTI STALLED WHILE I WAS DRIVING. WHEN THE CAR STALLS IT DOES SO WITHOUT WARNING. THE STALL OCCURS AS IF THE CAR SIMPLY TURNED OFF. ON A FEW OCCASIONS THE CAR STALLED WHEN I STOPPED AT A STOP SIGN OR WHEN I DROVE ONTO MY DRIVEWAY. TWICE THE CAR STALLED IN BUMPER TO BUMPER TRAFFIC ON I580 NEAR SAN FRANCISCO. BOTH OF THOSE STALLS CAME AT A MOMENT WHEN VEHICLES FOLLOWING ME NEARLY COLLIDED WITH ME BECAUSE TRAFFIC BEGAN TO MOVE BUT MY CAR STALLED AND FOR A MOMENT DID NOT MOVE IN SYNC WITH TRAFFIC.

THE STALLING SEEMS TO HAPPEN MORE AS I COME TO A STOP. IT HAS BEEN HAPPENING MORE FREQUENTLY OVER THE LAST FEW DAYS ALSO. I REALIZED THERE IS IN FACT AN ISSUE SO I CONTACTED THE DEALERSHIP WHERE I PURCHASED THE CAR. I HAVE AN APPOINTMENT IN 1 WEEK SO THEY CAN HOPEFULLY ADDRESS THIS ISSUE. I WILL NOT BE DRIVING THE CAR UNTIL THE DEALERSHIP CLEARS IT AS SAFE TO OPERATE.

THE CAR IS A 2019 VW GTI 6 SPEED MANUAL SHIFT.

THE STALLS STARTED WHEN THE CAR HAD ABOUT 400 MILES, TODAY IT STALLED FOR ABOUT THE 8TH OR 9TH TIME AND HAS ABOUT 1125 MILES.

I AM VERY EXPERIENCED OPERATING A MANUAL TRANSMISSION AND I KNOW THAT THE STALLING IS A VEHICLE ISSUE AND NOT OPERATOR ERROR.

l.  **DATE OF INCIDENT:** April 27, 2019
    **DATE COMPLAINT FILED:** April 27, 2019
    **NHTSA/ODI ID:** 11204142
    **SUMMARY:** ENGINE SOFT SHUT-OFF WHEN IN NEUTRAL (MANUAL TRANSMISSION) OR WITH THE CLUTCH TO THE FLOOR, WHILE SHIFTING TO NEUTRAL, AND COMING TO A STOP. CITY STREET. THIS OCCURRED 3 SUCCESSIVE TIMES OVER A SHORT, 5 MINUTE TRIP HOME ON CITY STREETS. EVERY DOWNSHIFT, WITH GEAR NEUTRAL OR DISENGAGED, THE ENGINE SHUTS OFF JUST AS OR AFTER COMING TO A STOP. THERE IS NO "STALL SHUDDER" FROM THE ENGINE, AND IT JUST REVS FROM 1K RPM TO 0 WHEN STOPPED OR WHILE STOPPING, IN NEUTRAL. THE VEHICLE HAD BEEN WARMED UP TO OPERATING TEMPERATURE. THE DASHBOARD GEAR REPORTER ALSO MISREPORTED THE CURRENT GEAR AT THIS TIME: REPORTED 3RD WHEN IN 2ND, OR 3RD-TO-5TH WHEN IN 3RD. AGAIN AT LOW SPEEDS, AND LOW REVS THAT WOULD NOT BE APPROPRIATE FOR AN UPSHIFT. VEHICLE BOUGHT NEW THIS WEEK, CURRENTLY AT 100 MILES ON THE ODOMETER.

m.  **DATE OF INCIDENT:** April 20, 2019
    **DATE COMPLAINT FILED:** April 28, 2019
    **NHTSA/ODI ID:** 11204292
    **SUMMARY:** I HAVE A WHITE GTI RABBIT WITH A MANUFACTURE DATE OF 10/18. VEHICLE ENGINE STALLS WHEN COMING TO A STOP. THIS OCCURS WITH THE VEHICLE IN NEUTRAL REGARDLESS OF WHETHER OR NOT THE CLUTCH IS DEPRESSED AND HAPPENS DURING CITY DRIVING. THE VEHICLE EXHIBITED THIS PROBLEM AROUND 3000 MILES AND HAS OCCURRED SEVERAL TIMES SINCE. IT DOES THIS EVERY SO OFTEN IN AN UNPREDICTABLE MANNER AND AM UNABLE TO REPEAT IT. ALSO NOTICED THAT THE GEAR SELECTOR ON THE DASH ACTS ERRATICALLY WHEN THIS HAPPENS SOMETIMES SHOWING 4-2 OR 4-3 OR 2-3 BEFORE THE STALL OCCURS. NO DASH LIGHTS COME ON. THERE ARE NO CHECK ENGINE LIGHTS. VEHICLE REQUIRES A RESTART

BY PUSHING THE START BUTTON BEFORE DRIVING AGAIN. AM AFRAID THAT THIS WILL HAPPEN DURING FREEWAY DRIVING.

n.  **DATE OF INCIDENT:** April 24, 2019
**DATE COMPLAINT FILED:** May 28, 2019
**NHTSA/ODI ID:** 11210260
**SUMMARY:** 2019 MANUAL TRANSMISSION GTI'S STALL WHEN COMING TO A STOP IN TRAFFIC.

o.  **DATE OF INCIDENT:** May 3, 2019
**DATE COMPLAINT FILED:** May 7, 2019
**NHTSA/ODI ID:** 11206028
**SUMMARY:** VEHICLE WITH MANUAL TRANSMISSION, ENGINE STALLS AT LOW SPEEDS IN NEUTRAL. BRAND NEW CAR, ONLY 100 MILES.

p.  **DATE OF INCIDENT:** May 4, 2019
**DATE COMPLAINT FILED:** May 6, 2019
**NHTSA/ODI ID:** 11205774
**SUMMARY:** AFTER DRIVING THE CAR FOR 30 OR SO MINUTES ON BOTH CITY AND HIGHWAY STREETS, MY NEW GLI WITH 800 MILES ON THE ODOMETER WILL INTERMITTENTLY STALL WHEN COMING TO A STOP. THIS ENGINE STALL HAPPENS WHEN THE CLUTCH IS TO THE FLOOR AND IN GEAR AND SOMETIMES WITH THE CLUTCH OUT AND IN NEUTRAL. IT IS A VERY GENTLE STALL - NOTHING LIKE THE LURCHING THAT OCCURS DURING A TYPICAL STALL, IN FACT THERE HAVE BEEN TIMES WHEN I DIDN'T NOTICE THE ENGINE DIED. AFTER THE OCCURRENCE OF THE FIRST STALL IT USUALLY CONTINUES TO HAPPEN AT EACH SUBSEQUENT STOP FOR THE REST OF THAT PARTICULAR DRIVING TRIP. THE CAR RETURNS TO NORMAL AFTER SITTING FOR ALONG PERIOD OF TIME. THIS ISSUE HAS HAPPENED ON THREE SEPARATE OCCASIONS OVER THE FIRST MONTH OF OWNERSHIP.

q.  **DATE OF INCIDENT:** May 5, 2019
**DATE COMPLAINT FILED:** May 6, 2019
**NHTSA/ODI ID:** 11205657
**SUMMARY:** WHEN COMING TO A STOP, UNDER 5 MPH. THE CAR STARTS TO DROP RPMS AND THEN IT WILL STALL.

r. **DATE OF INCIDENT:** May 6, 2019
   **DATE COMPLAINT FILED:** August 13, 2019
   **NHTSA/ODI ID:** 11243518
   **SUMMARY:** TL* THE CONTACT OWNS A 2019 VOLKSWAGEN GOLF GTI. THE CONTACT STATED THAT ON SEVERAL OCCASIONS WHILE STOPPED AT A TRAFFIC LIGHT, THE VEHICLE STALLED. THE CONTACT WAS ABLE TO RESTART THE VEHICLE. THE VEHICLE WAS TOWED TO HARPER VOLKSWAGEN LOCATED AT 9901 KINGSTON PIKE, KNOXVILLE, TN 37922, (865) 691-0393, TO BE DIAGNOSED. THE MECHANIC WAS UNABLE TO RETRIEVE A FAULT CODE OR TO DUPLICATE THE FAILURE. THE CONTACT STATED THAT ON THE FIFTH OCCASION OF HAVING THE VEHICLE TAKEN TO THE DEALER, THE CONTACT WAS INFORMED THAT THE VEHICLE HAD SHIFTED TO ECONOMY MODE WHICH CAUSED THE VEHICLE TO SHUT OFF. ON ONE OCCASION, THE VEHICLE WAS STRUCK IN THE REAR BY ANOTHER VEHICLE WHILE ATTEMPTING TO DRIVE OFF FROM A TRAFFIC LIGHT. THERE WAS NO INJURY SUSTAINED IN THE REAR END COLLISION. THE CONTACT STATED THAT THE SERVICE TECH CALLED THE MANUFACTURER TO INFORM THEM OF THE FAILURE WITH THE VEHICLE. THE MANUFACTURER'S RESPONSE WAS STILL PENDING. THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 2,604.

s. **DATE OF INCIDENT:** May 14, 2019
   **DATE COMPLAINT FILED:** May 22, 2019
   **NHTSA/ODI ID:** 11209256
   **SUMMARY:** (2019 Volkswagen Jetta) WHILE IN NEUTRAL, THE ENGINE SHUDDERED A LITTLE AND THEN CUT OFF. THIS HAS HAPPENED MULTIPLE TIMES. MOST RECENTLY I WAS STUCK IN THE MIDDLE OF AN INTERSECTION WHILE I HAD TO RESTART MY CAR.

t. **DATE OF INCIDENT:** May 19, 2019
   **DATE COMPLAINT FILED:** May 20, 2019
   **NHTSA/ODI ID:** 11208702
   **SUMMARY:** ENGINE STALLS AS CAR COMES TO A FULL STOP IN NORMAL STREET TRAFFIC:

BRAKING WITH TRANSMISSION IN NEUTRAL, CLUTCH ENGAGED OR DISENGAGED, NEAR-STATIONARY OR FULL-STATIONARY; BRAKING WITH TRANSMISSION IN GEAR AND CLUTCH FULLY DISENGAGED, NEAR-STATIONARY OR FULL-STATIONARY.

u. **DATE OF INCIDENT:** May 24, 2019
**DATE COMPLAINT FILED:** May 25, 2019
**NHTSA/ODI ID:** 11209912
**SUMMARY:** (2019 Volkswagen Jetta) VEHICLE IS RANDOMLY STALLING WHEN COMING TO A STOP AND THE VEHICLE MUST BE RESTARTED. THIS HAPPENS REGARDLESS OF WHETHER THE VEHICLE IS IN GEAR, IF THE CLUTCH IS FULLY PRESSED TO THE FLOOR, OR IF THE VEHICLE IS IN NEUTRAL. THIS SEEMS TO HAPPEN MORE FREQUENTLY WHEN THE AIR CONDITIONING IS TURNED ON.

THE VEHICLE IS EITHER SLOWING TO A STOP OR HAS COME TO A COMPLETE STOP WHEN THIS HAPPENS. THIS HAS HAPPENED ON THE HIGHWAY AND IN THE DRIVEWAY.

I AM AFRAID THIS WILL HAPPEN IN THE MIDDLE OF AN INTERSECTION AND CAUSE AN ACCIDENT.

v. **DATE OF INCIDENT:** May 25, 2019
**DATE COMPLAINT FILED:** May 26, 2019
**NHTSA/ODI ID:** 11210006
**SUMMARY:** (2019 Volkswagen Jetta) AT COMPLETE STOPS (6 SPEED MANUAL TRANSMISSION) OCCASIONALLY THE ENGINE STOPS. IT HAS HAPPENED COUNTLESS TIMES WHILE IN TRAFFIC. ENGINE TURNS OFF BUT EVERYTHING ELECTRONIC IS STILL OPERATING. WAS AT A STOP LIGHT AND LIGHT TURNED GREEN. ENGINE TURNED OFF AND HAD TO START THE VEHICLE UP IN HEAVY TRAFFIC.

w. **DATE OF INCIDENT:** May 26, 2019
**DATE COMPLAINT FILED:** May 26, 2019
**NHTSA/ODI ID:** 11210098
**SUMMARY:** (2019 Volkswagen Jetta) ENGINE ON MANUAL TRANSMISSION REPEATEDLY SHUTS OFF WHEN COMING TO STOP WITH CLUTCH PEDAL FULLY DEPRESSED. THIS IS SIMILAR TO THE AUTO-SHUTOFF FEATURE IN AUTOMATIC

TRANSMISSION, BUT SHOULD NOT HAPPEN WITH MANUAL. CAR MUST THEN BE RESTARTED WITH PUSH BUTTON START. THIS IS DANGEROUS WHEN IN TRAFFIC.

x. **DATE OF INCIDENT:** May 29, 2019
**DATE COMPLAINT FILED:** May 30, 2019
**NHTSA/ODI ID:** 11216921
**SUMMARY:** MY MANUAL TRANSMISSION-EQUIPPED 2019 JETTA GLI (2.0T) STALLS AT SLOW SPEEDS AND AT STOP LIGHTS DESPITE THE CLUTCH PEDAL FULLY ENGAGED ("TO THE FLOOR") OR THE VEHICLE COASTING IN NEUTRAL. I HAVE HAD THE CAR FOR THREE DAYS AND IN TWO OF THOSE DAYS, THE VEHICLE HAS STALLED WHILE DRIVING THROUGH CITY STREETS AND AT STOP LIGHTS. THE FIRST OCCURRENCE HAPPEN AT APPROXIMATELY 100 MILES ON THE ODOMETER, WITH THE SECOND AT AROUND 120 MILES. THE VEHICLE SHOWED NO PREEMPTIVE SIGNS OF A STALL, AND NECESSITATED A FULL RE-IGNTIION OF THE ENGINE IN ORDER TO PROCEED OUT OF TRAFFIC. A QUICK SEARCH OF "2019 JETTA GLI/GTI STALLING ISSUE" RETURNS A LARGE LIST OF IDENTICAL OCCURRENCES WITH MANUAL TRANSMISSIONS IN 2019-BUILT ENGINES/DRIVETRAINS.

y. **DATE OF INCIDENT:** May 31, 2019
**DATE COMPLAINT FILED:** June 1, 2019
**NHTSA/ODI ID:** 11217288
**SUMMARY:** BRAND NEW PURCHASED 2 DAYS AGO ON 5/30/19 WITH 24 MILES ON IT. IT'S A 6 SPEED MANUAL TRANSMISSION AND WHEN APPROACHING A STOP EITHER IN GEAR WITH CLUTCH DEPRESSED OR IN NEUTRAL, CAR WILL STALL AND NEED TO BE RESTARTED. DANGEROUS, SAFETY IS A CONCERN. IT'S A VERY SUBTLE STALL AND YOU REALLY HAVE TO BE PAYING ATTENTION OR BAD THINGS WILL HAPPEN. HAPPENING MORE OFTEN NOW, VEHICLE NOW HAS 122 MILES AND GOING BACK TO DEALER FOR MORE TESTING. INITIAL TESTING AT DEALER WAS ABLE TO DUPLICATE PROBLEM 1 DAY AFTER PURCHASE. IT'S NOW 2 DAYS OLD! BUILD DATE WAS 3/2019. IT APPEARS TO ME TO BE SLOW SPEED COASTING, CLUTCH NOT ENGAGED IN NEUTRAL TO A STOP OR CLUTCH ENGAGED IN GEAR COASTING TO A STOP.

z.  **DATE OF INCIDENT:** June 8, 2019
**DATE COMPLAINT FILED:** June 10, 2019
**NHTSA/ODI ID:** 11218942
**SUMMARY:** 2019 GOLF GTI SE 6MT PURCHASED WITH 12 MILES. ENGINE RANDOMLY STALLS IN NEUTRAL WHEN ROLLING TO STOP WITH CLUTCH FULLY DISENGAGED AFTER HAVING DOWNSHIFTED TO EITHER SECOND OR FIRST GEAR. THIS HAS HAPPENED (3) TIMES SINCE PICKING UP THE BRAND NEW CAR (4) DAYS AGO. THE ELECTRONIC DISPLAY THAT SHOWS WHICH GEAR YOU ARE IN HAS ALSO REPORTED THE WRONG GEAR ONCE (SO FAR). THIS IS AN ISSUE AFFECTING *MANY* 2019 GOLF GTI OWNERS. HERE ARE SOME NOTES OF THE ISSUE SO FAR:

- 6-8-19 @ 1AM (131 MILES)

- NO CEL

- CLUTCH WAS OUT AND CAR WAS IN NEUTRAL COMING TO STOPLIGHT IN LEFT TURN LANE. GOING LESS THAN 5MPH WHEN CAR DIED. SEEMED LIKE IT HAPPENED WHEN THE TACH WAS AT IDLE-RANGE. RESTARTED WITH BUTTON.

- 6-8-19 @ 10:56PM (225 MILES)

- NO CEL

- PULLING UP TO DRIVEWAY. CAR DIED AT LESS THAN 2MPH GOING UP A VERY SLIGHT HILL WHEN CLUTCH WAS DEPRESSED TO GO INTO FIRST FROM NEUTRAL. WAS GOING *VERY SLOW* WHEN THIS HAPPENED. RESTARTED WITH BUTTON.

- 6-9-19 @ 3:30PM (276 MILES)

- NO CEL

- BROTHER WAS DRIVING WITH ME IN THE PASSENGER SEAT. PULLING UP TO STOP SIGN IN HIS NEIGHBORHOOD AND HE WAS IN NEUTRAL WITH CLUTCH OUT SLOWING TO

A STOP AND THE CAR SOFTLY DIED AGAIN. RESTARTED WITH BUTTON.

- 6-9-19 @ 11:44PM (418 MILES)

- NO CEL

- DRIVING UP A STREET IN A NEIGHBORHOOD GOING 20-25MPH IN 2ND GEAR AND THE DISPLAY BETWEEN MY TACH AND SPEEDO SAID I WAS IN 3RD AND SHOULD SHIFT INTO 4TH. WHEN I CRESTED THE HILL AND HIT THE BRAKES TO SLOW DOWN FOR A PART OF THE STREET THAT WAS DAMAGED, THE GEAR DISPLAYED SWITCHED TO 2ND (WHICH IS WHAT I WAS IN AND HADN'T CHANGED).

THESE ISSUES ARE VERY WELL DOCUMENTED BY DRIVERS IN ENTHUSIAST FORUMS SUCH AS REDDIT AND GOLFMK7.COM. YOU CAN ALSO FIND VIDEOS OF THE ISSUE ON YOUTUBE:

HTTPS://WWW.REDDIT.COM/R/GOLFGTI/COMMENTS/B9CPB7/POSSIBLE_2019_6MT_STALL_ISSUE_YOUR_FEEDBACK/

HTTPS://WWW.GOLFMK7.COM/FORUMS/SHOWTHREAD.PHP?P=776852#POST776852

aa. **DATE OF INCIDENT:** June 15, 2019
**DATE COMPLAINT FILED:** September 12, 2019
**NHTSA/ODI ID:** 11254875
**SUMMARY**: THE PROBLEM IS WITH MY 2019 MANUAL TRANSMISSION GLI. EVEN WHEN THE CLUTCH IS ENGAGED, (FOOT ON THE CLUTCH) AND THE CAR IS COMING TO A HALT, THE CAR STOPS/STALLS. THIS ISSUE OCCURS RANDOMLY, BUT ONCE IT STARTS, IT KEEPS HAPPENING, UNTIL RANDOMLY THE ISSUE STOPS SHOWING UP. BECAUSE OF THE APPARENT RANDOMNESS OF WHEN THE ISSUE SHOWS UP, I HAVE NOT BEEN ABLE TO CONVINCE THE SERVICE FOLKS.

bb. **DATE OF INCIDENT:** June 21, 2019
**DATE COMPLAINT FILED:** June 21, 2019
**NHTSA/ODI ID:** 11221718

**SUMMARY:** TL* THE CONTACT OWNS A 2019 VOLKSWAGEN JETTA. THE CONTACT STATED THAT THE VEHICLE RANDOMLY STALLED WITHOUT WARNING. COOK VOLKSWAGEN (2110 BELAIR RD, FALLSTON, MD 21047, (410) 401-8684) AND THE MANUFACTURER WERE CONTACTED AND INDICATED THAT THIS WAS A KNOWN ISSUE, BUT THERE WAS NO REMEDY. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS TO BUY BACK THE VEHICLE. THE APPROXIMATE FAILURE MILEAGE WAS 100.

cc. **DATE OF INCIDENT:** June 30, 2019
**DATE COMPLAINT FILED:** June 30, 2019
**NHTSA/ODI ID:** 11228558
**SUMMARY:** IN SOME SITUATIONS WHEN COMING TO A STOP WITH THE CLUTCH DEPRESSED THE ENGINE WILL SHUT OFF QUIETLY. DOES NOT HAPPEN EVERY TIME I COME TO A STOP BUT HAS SEVERAL TIMES.

dd. **DATE OF INCIDENT:** June 30, 2019
**DATE COMPLAINT FILED:** July 1, 2019
**NHTSA/ODI ID:** 11228804
**SUMMARY:** ENGINE STALLS. INTERMITTENT. PROBLEM RELATES TO 2019 GTI (S MODEL) WITH 6-SPEED MANUAL TRANSMISSION. WHEN FULLY WARM OR HOT, THE ENGINE RANDOMLY STALLS WITH TRANSMISSION IN NEUTRAL AND WHEN BRAKING TO A STOP, USUALLY WITH THE CLUTCH DEPRESSED AND USUALLY AT SPEEDS FROM 10-0 MPH. THE ENGINE STALLS ARE GENTLE WITH NO STUTTERING OR SHAKING. EXAMPLE: COMING TO A STOP AT A STOP SIGN OR IN HEAVY TRAFFIC, THE ENGINE QUIETLY DIES WITHOUT WARNING. ENGINE RESTARTS AND RUNS NORMALLY THEREAFTER UNTIL THE NEXT UNEXPECTED STALLING EVENT. VEHICLE PURCHASED NEW IN MAY OF 2019. FIRST STALL AT 250-300 MILES. MOST RECENT STALL ON 6/30/19 AT 1150 MILES. NO "CHECK ENGINE" WARNING APPEARS ON DASHBOARD. NO ERROR CODES SHOW UP VIA OBD-2 DIAGNOSTIC SCAN. 92 OCTANE CHEVRON GAS USED EXCLUSIVELY. OWNER HAS DECADES OF EXPERIENCE DRIVING MANUAL TRANSMISSIONS WITH NO ISSUES UNTIL NOW - DOUBTFUL THIS IS OPERATOR ERROR. VW DEALER IS FRIENDLY, BUT

BAFFLED.

ee. **DATE OF INCIDENT:** July 1, 2019
   **DATE COMPLAINT FILED:** July 1, 2019
   **NHTSA/ODI ID:** 11228856
   **SUMMARY:** THIS IS A 6MT 4 DOOR SE VW GTI 2019 WITH 1500 MILES AND 6 WEEK OF OWNERSHIP. THE VEHICLE RANDOMLY STALLS AT LOW SPEED WHEN BREAKING APPROX 5 MPH OR EVEN WHEN STATIONARY AFTER COMING TO A HALT. HAPPENS WHEN THE CAR IS IN NEUTRAL OR WHEN THE CLUTCH IS FULLY DEPRESSED. THIS IS NOT A CASE OF WRONG GEAR OR NOT FULLY DEPRESSING THE CLUTCH. IT HAS HAPPENED A COUPLE OF DOZEN TIMES BOTH WITH MYSELF AND MY WIFE DRIVING SO NOT THE DRIVER AT FAULT. HAPPENS WHEN THE ENGINE IS AT TEMPERATURE BUT NOT AT FIRST START UP. THIS ISSUE IS BECOMING DANGEROUS AS RECENTLY IT PUT THE CAR INTO THE PATH OF ONCOMING TRAFFIC AND PREVIOUSLY NEARLY GETTING REAR ENDED DUE TO SUDDEN STALL.

   CONSISTENT STALLING AS WE TURN INTO OUR DRIVE WAY - LESS THAN 5 MPH CLUTCH DEPRESSED AND TURNING RIGHT. SOFT STALL - ENGINE JUST CUTS OUT V A ROUGH STALL YOU WOULD EXPECT WHEN TRYING TO PULL AWAY IN THIRD GEAR.

   MOST RECENT DATE OF OCCURRENCE ENTERED BELOW.

ff. **DATE OF INCIDENT:** July 7, 2019
   **DATE COMPLAINT FILED:** July 8, 2019
   **NHTSA/ODI ID:** 11229984
   **SUMMARY:** AS I AM BRAKING TO A STOP WITH THE CLUTCH FULLY DEPRESSED (AT A RED STOP LIGHT OR TO MAKE A LEFT TURN), THE CAR QUIETLY AND COMPLETELY STALLS OUT AND SHUTS DOWN. THE DASH LIGHTS REMAIN ON. I CAN RESTART THE CAR. THIS SEEMS TO OCCUR RANDOMLY BUT OCCURRED 3 TIMES YESTERDAY AFTERNOON. NO ENGINE CHECK LIGHT.

gg. **DATE OF INCIDENT:** July 15, 2019
   **DATE COMPLAINT FILED:** August 15, 2019

**NHTSA/ODI ID:** 11244139
**SUMMARY:** ON MY MANUAL TRANSMISSION GLI, THE ENGINE STALLS INTERMITTENTLY. IT HAS HAPPENED AT A COMPLETE STOP, AT WALKING SPEED, AND ONCE AROUND 10MPH. IT HAS HAPPENED WITH THE CLUTCH PEDAL COMPLETELY DEPRESSED WITH THE SHIFTER IN NEUTRAL OR IN GEAR, AND HAS ALSO HAPPENED WHILE IDLING IN NEUTRAL WITH FOOT COMPLETELY OFF THE CLUTCH. IT IS NOT A HARD STALL LIKE LEARNING TO DRIVE STICK. IT JUST STRUGGLES AND SOFTLY DIES OUT. I HAVE ALSO NOTICED THAT THE GEAR INDICATOR WILL TEND TO DISPLAY THE WRONG GEAR, PARTICULARLY WHEN DOWNSHIFTING. I'VE ALSO NOTICED THAT THE ENGINE RPMS ARE SOMETIMES AFFECTED SIMPLY BY PUSHING IN AND LETTING OUT THE CLUTCH. I FIRST NOTICED THIS PARKED IN MY LEVEL CARPORT. WITH THE CAR IN NEUTRAL, PUSHING IN AND LETTING THE CLUTCH OUT WILL RESULT IN A BRIEF SLIGHT RPM SPIKE. ON OTHER OCCASIONS IT IS COMPLETELY ABSENT LIKE NORMAL OPERATION. I CLASSIFIED THIS AS POWER TRAIN, BUT IT COULD BE ENGINE, TRANSMISSION, COMPUTER MANAGEMENT, ETC.

hh. **DATE OF INCIDENT:** July 18, 2019
**DATE COMPLAINT FILED:** August 30, 2019
**NHTSA/ODI ID:** 11252435
**SUMMARY:** I HAVE A NEW 2019 VW GOLF GTI RABBIT WITH 500 MILES. I'VE HAD A PROBLEM WITH THE CAR STALLING AS I COME TO A STOP. IT'S HAPPENED MULTIPLE TIMES, ALL WHILE SLOWLY COMING TO A STOP. IT'S QUIET AND DON'T EVEN NOTICE UNTIL I TRY TO ACCELERATE

ii. **DATE OF INCIDENT:** July 22, 2019
**DATE COMPLAINT FILED:** July 24, 2019
**NHTSA/ODI ID:** 11234480
**SUMMARY:** 2019 VOLKSWAGEN JETTA GLI 35TH ANNIVERSARY EDITION 6 SPEED MT

ODOMETER: 408MI

BUILT 12/2018 IN MEXICO

VEHICLE INTERMITTENTLY STALLS WHEN COMING TO A STOP WITH NO CEL. THE DEALERSHIP WAS UNABLE TO RECREATE OR DIAGNOSE THE MALFUNCTION BECAUSE IT'S OCCURRENCE IS INTERMITTENT AND THERE ARE NO CODES LEFT IN THE ECM OR TCM.

jj. **DATE OF INCIDENT:** July 23, 2019
**DATE COMPLAINT FILED:** July 23, 2019
**NHTSA/ODI ID:** 11234105
**SUMMARY:** (2019 Volkswagen Jetta) VEHICLE DIES AT STOP LIGHT WHILE IDLING AND HAS TO BE RESTARTED MANUALLY.

kk. **DATE OF INCIDENT:** July 23, 2019
**DATE COMPLAINT FILED:** July 24, 2019
**NHTSA/ODI ID:** 11234452
**SUMMARY:** ENGINE STALLING ON NEW VEHICLE. TWO EVENTS OCCURRED IN ONE NIGHT, 7/23/2019, WITH ABOUT 790 AND 801 MILES ON THE ODOMETER. IN BOTH CASES, THE CLUTCH WAS DISENGAGED WHILE BRAKING AND SLOWING TO APPROACH A TURN. THE ENGINE WAS UNDER NO LOAD AND SHOULD HAVE RETURNED TO IDLE WHEN I DISENGAGED THE CLUTCH. ENGINE STOPPED RUNNING AND HAD TO BE RE-STARTED VIA THE STARTER BUTTON. MY VEHICLE IS A 2019 VOLKSWAGEN JETTA GLI, 6-SPEED MANUAL TRANSMISSION AND 2.0 LITER TURBO ENGINE.

ll. **DATE OF INCIDENT:** July 23, 2019
**DATE COMPLAINT FILED:** July 27, 2019
**NHTSA/ODI ID:** 11235282
**SUMMARY:** COMING UP TO A STOP WITH THE VEHICLE IN NEUTRAL, WHETHER HAVING THE CAR IN NEUTRAL OR USING THE CLUTCH PEDAL, THE VEHICLE WILL STALL. THIS OCCURS IN ANY SCENARIO SUCH AS EXITING A HIGHWAY AND COMING TO A STOP, OR PULLING INTO A PARKING SPACE, OR INCHING FORWARD IN TRAFFIC. IT ALWAYS OCCURS IN THE FINAL MOMENTS OF COMING TO A STOP. JULY 23 2019 IS THE FIRST DATE OF OCCURRENCE. SINCE THEN IT HAS OCCURRED RANDOMLY HAPPENING ONCE IN A DAY OR 9 TIMES IN ONE DAY.

mm. **DATE OF INCIDENT:** August 1, 2019

**DATE COMPLAINT FILED:** August 2, 2019
**NHTSA/ODI ID:** 11241322
**SUMMARY:** THE ENGINE OF MY NEW 2019 JETTA GLI 6MT SOMETIMES STALLS WHEN COMING TO A STOP. THE CLUTCH PEDAL IS FULLY DEPRESSED (DISENGAGED), WITH THE STICK EITHER IN 1ST OR NEUTRAL. THIS HAPPENED 3 OR 4 TIMES YESTERDAY, AUG 1 2019, AFTER DRIVING WITH MEDIUM SPEEDS ON HILLY ROADS FOR 30-45 MINUTES. THE VEHICLE HAS AROUND 350 MILES ON IT.

nn. **DATE OF INCIDENT:** August 4, 2019
**DATE COMPLAINT FILED:** August 4, 2019
**NHTSA/ODI ID:** 11241648
**SUMMARY:** THIS IS A BRAND NEW MANUAL TRANSMISSION JETTA GLI WITH ONLY 160 MILES. AFTER DRIVING FOR ABOUT 16 MINUTES AT HIGHWAY SPEEDS ON THE EXPRESSWAY, THE CAR QUIETLY STALLED OUT WHILE COMING TO A STOP ON AN EXIT RAMP. I RESTARTED THE CAR, DROVE TO A STOPLIGHT ABOUT A MINUTE AWAY AND AFTER COMING TO A STOP AT THAT LIGHT THE CAR STALLED AGAIN. WAS ABLE TO RESTART THE VEHICLE ONCE AGAIN AND DRIVE OFF.

THIS IS A VERY DANGEROUS SITUATION IF THE CAR WAS TO STALL IN THE MIDDLE OF A TURN OR AT HIGH SPEED ON AN EXPRESSWAY.

oo. **DATE OF INCIDENT:** August 7, 2019
**DATE COMPLAINT FILED:** August 7, 2019
**NHTSA/ODI ID:** 11242411
**SUMMARY:** BRAND NEW 11 DAYS OLD 2019 JETTA GLI MANUAL ENGINE SHUT DOWN THREE TIMES WHILE IN TRAFFIC. CAR WAS IN NEUTRAL, STARTED TO SHUDDER AND SHUT DOWN AND HAD TO RESTART. THIS HAPPEN WHILE DRIVING AND THE CAR WAS PLACED IN NEUTRAL DESCENDING DOWN A HILL IN HEAVY TRAFFIC. THIS ALSO HAPPEN AT A STOP LIGHT AND STOP SIGN. ALL THREE INCIDENTS HAPPEN IN THE SAME DAY. VERY CONCERNED WITH MY FAMILIES SAFETY. I DID SOME RESEARCH AND THIS SEEMS TO BE A KNOWN ISSUE WITH VW.

pp. **DATE OF INCIDENT:** August 14, 2019

**DATE COMPLAINT FILED:** August 15, 2019
**NHTSA/ODI ID:** 11244082
**SUMMARY:** DRIVING A 6 SPEED M/T. WITHOUT AUTO START/STOP, TRAFFIC IN FRONT OF ME WAS SLOWING TO A STOP. SLOWING DOWN, I SHIFTED TO NEUTRAL TO COME TO A STOP. WHEN STOPPED, THE ENGINE COMPLETELY SHUT OFF AND HAD TO BE RESTARTED. HAS HAPPENED TWICE IN THE 3 DAYS I'VE OWNED.

qq. **DATE OF INCIDENT:** August 15, 2019
**DATE COMPLAINT FILED:** August 26, 2019
**NHTSA/ODI ID:** 11246305
**SUMMARY**: MY BRAND NEW 2019 GLI KEEPS STALLING WHEN APPROACHING STOP OR LIGHT. THIS HAPPENS WHEN CLUTCH IS OUT AND ENGINE IN NEUTRAL.

rr. **DATE OF INCIDENT:** August 20, 2019
**DATE COMPLAINT FILED:** August 22, 2019
**NHTSA/ODI ID:** 11245936
**SUMMARY:** 2019 VW GTI RABBIT EDITION 6SPD MANUAL. INTERMITTENTLY, WHEN APPROACHING A STOP LIGHT OR TRAFFIC STOPPING, THE CAR IN NEUTRAL, OR WITH THE CLUTCH FULLY DEPRESSED, THE ENGINE WILL STALL. THE CAR WILL RESTART. SOMETIMES AFTER THIS HAPPENS, THE CAR WILL HAVE A STRANGE EXHAUST SOUND THAT REMINDS ME OF A CAR THAT IS RUNNING ON NOT ALL OF THE CYLINDERS, OR HAS AN AFTERMARKET CAMSHAFT. IF THE CAR IS SHUT OFF FOR A SHORT PERIOD OF TIME AND THEN RESTARTED, THIS EXHAUST SOUND WILL DISAPPEAR.

WHEN THE CAR STALLS, ALL POWER STEERING ASSIST CEASES. THIS STALLING ONLY SEEMS TO HAPPEN WHILE STOPPING AND IS RANDOM. SOME DAYS, IT WILL DO IT 4-5 TIMES IN A 11 MILE TRIP AND SOME DAYS, NOT AT ALL.

ss. **DATE OF INCIDENT:** August 21, 2019
**DATE COMPLAINT FILED:** August 22, 2019
**NHTSA/ODI ID:** 11245869
**SUMMARY:** I WAS PULLING UP TO A RED LIGHT, CLUTCHED IN, SHIFTED TO NEUTRAL AND NOTICED MY STEERING HAD LOCKED. I RESTARTED THE CAR, IT

STUMBLED, AND THEN DIED. RESTARTED AGAIN, IT STUMBLED AND THEN DIED. RESTARTED AGAIN, IT STUMBLED, AND THEN DIED. RESTARTED AGAIN, AND THEN THE LIGHT HAD TURNED SO I GAVE IT THROTTLE TO KEEP IT FROM STALLING AND THEN GOT GOING. ONCE MOVING I DID NOT HAVE ANY DRIVEABILITY ISSUES. IT HAD ABOUT A 1/4 TANK OF 93 OCTANE FUEL AND I HAD JUST DRIVEN A FEW MILES ON SOME CITY BACKROADS. DURING THE STALL THE GAUGE GEAR INDICATOR SHOWED 5>4 WHEN IN NEUTRAL MEANING THE CAR THOUGHT IT WAS IN 5TH GEAR.

tt. **DATE OF INCIDENT:** August 25, 2019
**DATE COMPLAINT FILED:** August 25, 2019
**NHTSA/ODI ID:** 11246270
**SUMMARY**: (2019 Volkswagen Jetta) VEHICLE STALLS OUT AFTER STARTING OR WHEN COMING TO A STOP WHEN THE RPMS COME DOWN

uu. **DATE OF INCIDENT:** August 27, 2019
**DATE COMPLAINT FILED:** August 28, 2019
**NHTSA/ODI ID:** 11252073
**SUMMARY**: 2019 VW JETTA GLI STALLS AND TURNS OFF WHILE IN NEUTRAL WHILE STATIONARY, AS WELL AS IN GEAR AND IN MOTION. THIS HAPPENED ON CITY STREETS AND IN PARKING LOTS, PUTTING MYSELF AND MY FAMILY IN DANGER. UNSURE OF ISSUE, BUT DOCUMENTED WITH VIDEO FOOTAGE. NO ENGINE LIGHTS APPEARED. THIS HAPPENED 20 OR MORE TIMES YESTERDAY, AND ONE TIME 2 WEEKS AGO.

vv. **DATE OF INCIDENT:** August 28, 2019
**DATE COMPLAINT FILED:** August 29, 2019
**NHTSA/ODI ID:** 11252149
**SUMMARY**: I OWN A 2019 MANUAL JETTA GLI 35 ANNIVERSARY. WHILE SLOWING DOWN TO A STOP LIGHT, STOP SIGN ETC.. THE ENGINE SHUTS OFF AT SLOW SPEEDS. CAR IS NOT EQUIPPED WITH START/STOP FEATURE DUE TO HAVIING A MANUAL TRANSMISSION. I HAVE TO START CAR BACK UP BEFORE TAKING BACK OFF FROM LIGHT. MAJOR RISK OF ME GETTING REAR ENDED AT A STOP LIGHT AND OR STOP SIGN. APPARENTLY VOLKSWAGEN

CANNOT FIGURE OUT ISSUE. HAVE SEEN 100'S OF PEOPLE WITH BRAND NEW VW'S HAVING THIS PROBLEM.

ww.  **DATE OF INCIDENT:** September 5, 2019
   **DATE COMPLAINT FILED:** September 6, 2019
   **NHTSA/ODI ID:** 11253561
   **SUMMARY**: (2019 Volkswagen Jetta) CAR CONSISTENTLY STALLS WHEN COMING TO A STOP. WILL STALL EVEN IN NEUTRAL WITH THE CLUTCH DEPRESSED. WILL DRIVE FINE SOMETIMES AND SOMETIMES IT WILL STALL 15+ TIMES IN A SINGLE TRIP. IT HAS ALMOST CAUSED AN ACCIDENT WHEN TRYING TO TURN IN AN INTERSECTION MULTIPLE TIMES NOW. STARTED AROUND 1,200 MILES ON THE CAR AND HAPPENS FREQUENTLY.

xx. **DATE OF INCIDENT:** September 5, 2019
   **DATE COMPLAINT FILED:** September 9, 2019
   **NHTSA/ODI ID:** 11254088
   **SUMMARY:** TL THE CONTACT OWNS A 2019 VOLKSWAGEN GOLF. WHILE DRIVING 5-15 MPH, THE VEHICLE SEIZED WITHOUT WARNING. THE CONTACT VEERED TO THE SHOULDER OF THE ROAD, MANUALLY RESTARTED THE ENGINE, AND THE VEHICLE RESUMED NORMAL OPERATION. THE VEHICLE WAS TAKEN TO SUNTRUP VOLKSWAGEN (6000 S LINDBERGH BLVD, ST. LOUIS, MO 63123, (314) 892-8200) TO BE DIAGNOSED, BUT THE CAUSE OF THE FAILURE COULD NOT BE DETERMINED. THE VEHICLE WAS NOT REPAIRED AND THE FAILURE RECURRED MULTIPLE TIMES. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURES. THE FAILURE MILEAGE WAS APPROXIMATELY 75,000.

yy. **DATE OF INCIDENT:** September 6, 2019
   **DATE COMPLAINT FILED:** September 10, 2019
   **NHTSA/ODI ID:** 11254511
   **SUMMARY**: (2019 Volkswagen Jetta) WHEN COMING TO A STOP THE VEHICLE WOULD STALL WITHOUT WARNING WITH THE TRANSMISSION IN NEUTRAL AND THE CLUTCH ALL THE WAY OUT. SEEMS TO OCCUR WHEN THE VEHICLE IS DRIVING FOR A WHILE AND GETS HOT. VEHICLE IS AT 2460 MILES AND DID IT OFF AND ON SINCE 32 MILES.

zz. **DATE OF INCIDENT:** September 10, 2019
**DATE COMPLAINT FILED:** September 11, 2019
**NHTSA/ODI ID:** 11254728
**SUMMARY:** TL THE CONTACT OWNS A 2019 VOLKSWAGEN GOLF. WHILE THE VEHICLE WAS STATIONARY AT A STOP SIGN, IT STALLED, SHUT OFF, AND THE STEERING WHEEL SEIZED. WHEN THE VEHICLE WAS RESTARTED, IT RESUMED NORMAL OPERATION. RIVERSIDE VOLKSWAGEN (8330 INDIANA AVE D, RIVERSIDE, CA 92504, (951) 509-2100) WAS CALLED AND STATED THAT THEY WOULD ATTEMPT TO DUPLICATE THE FAILURE. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 40.

aaa. **DATE OF INCIDENT:** September 11, 2019
**DATE COMPLAINT FILED:** September 11, 2019
**NHTSA/ODI ID:** 11254828
**SUMMARY**: (2019 Volkswagen Jetta) VEHICLE STALLS WHILE COMING TO A STOP. THE ISSUE HAS HAPPENED FOUR TIMES AND I?VE ONLY HAD THE VEHICLE TWO WEEKS. THE CLUTCH PEDAL IS DEPRESSED THE ENTIRE TIME AND THE VEHICLE HAS TO BE MANUALLY STARTED AGAIN.

bbb. **DATE OF INCIDENT:** September 12, 2019
**DATE COMPLAINT FILED:** September 13, 2019
**NHTSA/ODI ID:** 11255697
**SUMMARY**: CAR WILL STALL OUT WHEN COMING TO A STOP WHILE IN MANUAL MODE OF DSG TRANSMISSION, WITH START/STOP DEACTIVATED. DRIVER IS PLACED IN A DANGEROUS SITUATION, MUST PUT THE CAR IN PARK TO RESTART VEHICLE.

ccc. **DATE OF INCIDENT:** September 14, 2019
**DATE COMPLAINT FILED:** September 19, 2019
**NHTSA/ODI ID:** 11256575
**SUMMARY**: 2019 JETTA GLI 6MT. CAR WILL STALL WHEN COMING TO A STOP IN FIRST, SECOND, AND NEUTRAL. WHEN IN NEUTRAL, CLUTCH CAN BE EITHER IN OR OUT TO REPLICATE ISSUE. HAS HAPPENED WHEN COASTING TO A STOP AT <10 MPH, AS WELL AS WHEN AT A STOP. TYPICALLY TAKES 2-5 SECONDS FOR CAR TO SHUT DOWN.

CAR CURRENTLY HAS ~600 MILES ON IT, HAS BEEN HAPPENING SINCE I GOT THE CAR DELIVERED (TOOK DELIVERY AT 300 MILES DUE TO DEALERSHIP DELIVERING CAR TO MY HOUSE).

ddd.  **DATE OF INCIDENT:** September 17, 2019
**DATE COMPLAINT FILED:** September 18, 2019
**NHTSA/ODI ID:** 11256278
**SUMMARY**: (2019 Volkswagen Jetta) THE CAR HAS STALLED MULTIPLE TIMES WITH THE CLUTCH DEPRESED TO THE FLOOR AND IN NEUTRAL OR SHIFTING FROM SECOND OR THIRD TO NEUTRAL WHILE COMING TO A STOP.

eee.  **DATE OF INCIDENT:** September 24, 2019
**DATE COMPLAINT FILED:** September 24, 2019
**NHTSA/ODI ID:** 11257798
**SUMMARY**: (2019 Volkswagen Jetta) VEHICLE STALLS WHEN CLUTCH IS DEPRESSED, PLACED BACK INTO NEUTRAL, WHEN COMING TO A STOP. THE STALLING HAPPENS MORE FREQUENTLY AFTER THE CAR HAS BEEN DRIVEN FOR 15-30 MINUTES. STALL OCCURS WHIL ROLLING TO A STOP

### Customer Complaints on Third-Party Websites

35.    Similarly, complaints posted by consumers in internet forums demonstrate that the defect is widespread and dangerous and that it can manifest without warning and/or suitable repair. The complaints also indicate VWGoA's awareness of the problems with the transmission and how potentially dangerous the defect is for consumers. The following are a sample of consumer complaints (spelling and grammar mistakes remain as found in the original):

36.    On reddit.com, a consumer of a 2019 GTI Rabbit Edition began a thread titled "Golf GTI mk7.5 Stalling coming to stop with clutch depressed" posting the following on February 2, 2019:

> First, I have driven stick for the past decade, and I drive it well so it's not inexperience on my part. But, to the problem:
>
> So it's a very intermittent thing, but it is often enough

that I've noticed. When comin to a stop in 1st or while stopped at a light in neutral, the car will stall out. It's very gentle, so gentle in fact that I usually don't even notice it happens. It's almost like the auto stop on some cars (but definitely not a feature in mine). It's brand new, less than 1500 miles, but I'm a little worried. I'm gonna bring it into a dealer, but I was wondering if anyone else had any ideas or suggestions on what it could be? It's intermittent so I fear them telling me that unless they can replicate the problem there's nothing they can do.

Thanks for the help

edit*- Also been idling at about 1100 instead of the usual 750 rpm

a. A different consumer responded on the same thread on April 9, 2019:

I'm having the same issue currently. 575 miles on the car, literally a week old. Was stopped at a turn around, car started idling horrendously. It shut off, then it wouldn't turn back on right away. Managed to get it started up again, ran fine, and no CEL. On my way to the dealer, it shut off again, this time while in neutral getting off the exit ramp of the highway. MK7.5 Cornflower Blue Rabbit Edition, 6MT. So far they've only found a stored misfire code, but no cause or solution. There's a thread going on the golf mk7 forum's about some other Rabbit editions having the same issues, but so far no cause or solutions. I'll update if/when I get a definitive answer.

b. A different consumer responded on the same thread on April 22, 2019:

I am having the exact same issue with the exact same car.

c. A different consumer responded to the original post, stating the following on April 12, 2019:

Same problem. 2019 GTI S, 6-Speed Manual, 470 Mi. First time happened coming up to a stop light, car gently stalled out didn't even know until the steering felt heavy. Took it to the dealer the next morning, they said everything looked good. Two days later, Today, Drove around town no issues. Got home backing into my parking spot the car stalled, a little more roughly and

1
2
3
4
5

thought maybe I didn't have the clutch in all the way. Mind you I have driven a manual for 15 yrs. Started the car backed into my spot car died instantly. Started, let clutch out while in neutral, died. Started again, held clutch in died, this was the most rough stall it had so for sounded as if the car was still in gear even though it was in neutral. Took the car to the dealer and could not replicate the issue. They have the car now and are "looking" into the issue, already know they will tell me they cannot replicate the issue.

6
7

This is disheartening, brand new car that I love and cannot even enjoy it because the overwhelming fear it will stall.

8
9
10

d.  A different consumer responded on the same thread on April 30, 2019:

11
12
13

Well it looks like it's a pretty common problem. My car has 120 miles on it and it's doing it too. Not very encouraging for a brand new car. Maybe I should have bought that Veloster N after all!

14
15
16

37.    On a reddit.com thread titled "Who's recieved their Rabbit logo so far? Got my packet yesterday and hoping to have it on this weekend!" a consumer of a 2019 MK7 Rabbit 6MT posted the following on March 19, 2019:

17
18
19

I put mine on the car. I love the look, too bad my car is in service at 1400 miles. It randomly will stall out in neutral. Dealer can't figure out what is happening.

20
21
22

a.  In response to another poster's question on whether the vehicle was manual or automatic, the same consumer explained the problem in more detail as follows, also on March 19, 2019:

23
24
25
26

Stick. It seems like the intake manifold is faulty and is not letting enough air in or maybe a fuel pump issue. It just sort of sputters out when I come to a stop both when the clutch is depressed and when the car is in neutral while rolling to a stop.

27
28

b.  A different consumer responded on the same thread on also on the same date, stating:

1
2
> What is the dealer prepared to do? Mine has been in the shop 3 times with no fixes.

3
4
> c. The consumer of the 2019 MK7 Rabbit 6MT responded also on the same date, stating:

5
6
7
8
> That's depressing. Have they been able to duplicate the problem? My car has been in the shop three days, they haven't been able to duplicate the issue, so they can't even try to fix it. So at this point, they aren't prepared to do anything.

9
10
38. On a reddit.com thread titled "Possible 2019 6MT Stall Issue - Your Feedback Requested", a commenter began the thread on April 4, 2019:

11
12
13
> As brought forward by /u/dietcokefiend, there may be a systemic stalling issue associated with the transmissions in 2019 VW 6MT GTIs.

14
15
16
> In affected cars, the engine shuts off while the car is coming up to a stop. No CELs are stored, and as far as we are aware, currently no dealers have come up with a resolution or root cause to this problem.

17
18
19
> Reaching out to Redditors who have mentioned this problem in passing, we have come up with the following links and secondary faults.

20
> ****

> Please state:

21
22
> 1. When you bought your car and the build date (if known)

23
> 2. Your current mileage

24
> 3. Your location

25
> 4. Your trim level and colour

26
> 5. Description of transmission-related issues

27
> Thank you!

28

CLASS ACTION COMPLAINT

a.  In response, a consumer posted the following on April 9, 2019:

Purchased last week, 4/19. Build date 1/19.

Current mileage: 638

Elkton, MD. Purchased in Wilmington, DE.


2019 Rabbit Edition, Cornflower Blue, 6MT

I'm having the same issue currently, started yesterday at roughly 550 miles. Was stopped at a turn around, car started idling horrendously. It shut off, then it wouldn't turn back on right away. Managed to get it started up again, ran fine, and no CEL. On my way to the dealer, it shut off again, this time while in neutral getting off the exit ramp of the highway. They found a stored fault code for cylinder 2 & 3 misfire due to low voltage. Checked the battery, found it to be good. Test drove my car roughly 40 miles, could not duplicate, so they had me pick it up today. At a loss. I should specify, the clutch pedal was completely depressed when this occurred. *edited because I can't count or read apparently.

b.  In response a consumer posted the following on April 10, 2019:

1.  Purchased March 12, 2019. Build date 10/2018

2.  Current Mileage: 550

3.  Southern CA

4.  2019 Rabbit Edition. Urano Gray. 6MT

5. Car will softly stall out when i come to a stop with the clutch fully depressed or the stick out of gear. Started happening with less than 200 miles on the car. Happened three seperate occasions before 420 miles. Car will restart right away in every instance except for the one right before 420 miles. That instance the car stalled, i hit the start button, started again, then stalled immediately. Started again, stalled again. Started again, stayed idle and i started moving.

- Took it to the dealer after that with 426 miles. They opened a case with VWoA who had them "adjust the throttle settings" they drove it 10 miles, said they couldn't re-produce it and had me pick up the car. Went 50 miles with no issue, then the has stalled twice since then.

c.  In response a consumer posted the following on April 24, 2019:

1. Bought april 13th

2. 2. 770 miles

3. Medford, OR

4. 4. Rabbit White

5. Happened today for the first time. Soft stall about 3 times. Update: submitted the vehicle complaint and opened a case with VWoA. Really don't want to drop the car off though. Hoping enough people with this problem do the same and it gets recalled so I don't spend that much time without it.

d.  In response a consumer posted the following on May 9, 2019:

I have a 2019 GTI rabbit 6MT and it stalled the first day at stops and in neutral. Took it to the dealer they couldn't figure it out as there were no codes. They ended up troubleshooting with the help of a vw engineer and found it to be a front O2 sensor issue. 2 weeks later it happened again, this time the car stalls occasionally while making a right turn. Just today the car turned off while in stop and go traffic. I put the car into neutral as I was coming to a stop and the car turned off. Borderline dangerous now since it was on the freeway

e.  In response a consumer posted the following on May 12, 2019:

Bought the car in mid February in PA. Not sure on the build date. Car is currently at about 3500 miles. 2019 GTI S manual in white.

Car has been fine until this saturday (5/11). I was driving in traffic on a highway (after a long ride so everything was warmed up). While sitting in traffic car stalled very softly (I didn't even realize at first until I saw the tachometer at 0). Happened 10 mins after that again when i got off the highway while I was coming up to a stop sign.

First occurrence I was in 1st gear. I did not even notice it happen so I only assume it happened when I was slowing down. Second time I was probably in 3rd or 4th gear, coming up to a stop sign. Right when i stopped at the stop sign (clutch depressed while I was still rolling %100), the car stalled again. It was also a soft stall but I

noticed it quicker this time.

about to file the NHSTA and will contact my dealer tomorrow.

Edit: waiting until June 10th to bring it into the dealer due to their loaners. But quick edit. The stall has been happening here and there but today it happened to me with the car in neutral and the clutch released.

f. In response a consumer posted the following on May 17, 2019:

2019 Grey manual transmission GTI. 1,040 miles and I've run into the same problem as the rest of you. I will be calling my dealer today

g. In response a consumer posted the following on May 20, 2019:

2019 GTI SE w/Experience Package, 6MT, Dark Iron Blue.

Purchased May 2019 in Atlanta, GA. 76 miles with the first stall happening during the test drive and like an idiot I just assumed it was user error. Happened again on the way home from dealership, and twice more since.

Always happens while clutch is fully depressed and slowing down to a stop. The issue has happened while in Sport mode and Comfort mode.

h. In response a consumer posted the following on May 23, 2019:

2019 GTI SE Experience Package, 6MT, Dark Iron Blue Purchased in May 2019 in Atlanta, GA ~650mi. Just happened 3 times on a 45min drive. Has happened multiple times before but just thought I waited too long to put the clutch in prior to stopping. Have intentionally been putting it in sooner, but it still happened.

39.    On facebook.com, a member of a group named "2019 VW GTI Rabbit Edition" and consumer of a 2019 VW GTI commented on March 26, 2019 (emoji omitted):

Is anyone else on here having stalling issues with their car..?

1
2
3
4

        a.  A different consumer responded as follows:

After driving 500 miles home our rabbit stalled out in 1st gear 2 times in a row clutch in car in 2nd should have been filed but stalled right out

5
6
7
8

        b.  The original commenter responded, stating:

I'm a vw tech. Just wanted to see if it common. I just hit 500 today. All day Sunday it was stalling. About 6 different times. My girl thought I couldn't drive stick until she saw the car in neutral

9
10

        c.  Yet another consumer responded as follows:

11
12
13

I had my car checked already, they couldn't find any issue. There is also another on here ta the dealership with the same problem, no issue found. 2019 GTI Rabbit 6spd manual.

14      40.    In the facebook.com "2019 VW GTI Rabbit Edition" group, the

15  same consumer of the 2019 VW GTI commented on March 31, 2019 (emoji

16  omitted):

17
18

So for the people that are having stalling issues with their car, tech line gave me this bull[s**t]. Pretty much saying throw parts on it and see if it fixes it:

19      41.    In the facebook.com "2019 VW GTI Rabbit Edition" group, the

20  same consumer of the 2019 VW GTI commented on April 25, 2019 (emoji

21  omitted):

22
23

Tech line had me replace the N205 valve. I will be driving my car hard this weekend and seeing if that fixed it

24      42.    In the facebook.com "2019 VW GTI Rabbit Edition" group, the

25  same consumer of the 2019 VW GTI commented on September 7, 2019, telling

26  other consumers to "CHANGE THE ENGINE OIL TO 5w40." He later

27  explained:

28

CLASS ACTION COMPLAINT

vw tech page we were told to replace engine oil. Oil is too thin and will advance the timing which causes the stalling. They may also need to replace the intake camshaft due to this as well. Multiple techs have confirmed that after doing this, the cars did not return after repairs.

    a.  A different consumer responded as follows:

That's great, but it's not a formal fix. Oil certification plays into listed gas mileage and emissions. They can't switch it back for the hell of it. This process will force a proper and public fix to work its way out.

It's amazing people haven't crashed from this yet. VW needs to pull the affected cars back in and sort them out before someone gets hurt or worse.

    b.  Yet another consumer pointed out that VWGoA's purported "fix" is contradictory to the owner's manual, responding as follows:

I still just want something in writing from Volkswagen because the owners manual says add no more than 1/2 a quart of 5w40 if 0w20 is not available....Granted the dealership did it for mine when I took it in for the stalling and it did kinda resolve it, but still concerned when I bring in 50 receipts when my motor goes pop saying 5w40 and VW pulling some B.S. quoting the owners manual.

    43.    On golfmk7.com, a consumer of a 2019 VW GTI Rabbit posted the following, titled "2019 GTI 6MT or DSG Stalling Issue" on April 4, 2019 (emphases in original):

I'm starting to get very concerned there is a widespread issue with the 2019 GTI 6MT stalling. The issue presents itself slowing down to a stop, where the engine will soft stall and require restarting. Many owners with this problem also have brought up the same secondary issue where the transmission gear selection indicator will show the wrong gear selected.

Example of the soft stall of a 2019 GTI w/ DSG

(https://www.youtube.com/watch?v=56omNOQSi-c).
User comments a throttle body adaptation solved his
issue.

More examples of how the 6MT stalls

https://www.youtube.com/watch?v=yCK4KKrJJpE

https://www.youtube.com/watch?v=fYJx-eJK1sw

1. I've been tracking this for a few weeks now. I'm up to
100+ on Reddit, this post and the Rabbit Facebook group
combined.

2. All members with the stalling issue have had it crop
up at low mileage (500-1000 miles) with the engine
turning off when the car comes up to a stop. Some have
mentioned the car turns off softly, almost like how the
auto start/stop will turn off an engine in a GTI with the
DSG transmission. One member has had his car cut out
at highway speed though with this problem, so it isn't
limited to just low-speed stalls. No CELs are stored.

3. Most members with this problem have also identified
another problem where the transmission gear selector
indicator incorrectly states which gear the transmission
is selecting. An example would be the transmission is
physically in 4th, but the dash indicator states the gear is
2nd or 3rd.

At this time I would highly encourage owners of the
2019 VW GTI Rabbit with the 6MT or DSG
experiencing this problem to do the following:


**1. File a NHSTA complaint. This step is the most
important since it will get the ball rolling for a formal
recall and allow VWOA and dealers to properly root
source this problem quickly. This issue is a safety one,
we need this resolved before someone is hurt or
worse.                        https://www-
odi.nhtsa.dot.gov/VehicleComplaint/**

As of July 18, 2019 there over 135 complaints submitted
to the NHTSA about stalling.

2. Open a case with VWOA, stating the problem.

3. Explaining to the dealer the problem you are
encountering.

https://www.golfmk7.com/forums/showthread.php?t=5
1246

https://www.golfmk7.com/forums/showt...t=50116&pa

ge=5

https://www.reddit.com/r/GolfGTI/com..._want_to_post/

https://www.reddit.com/r/GolfGTI/com...ot_my/eiw0z4l/

https://www.reddit.com/r/GolfGTI/com...ng_one_dealer/

https://www.reddit.com/r/GolfGTI/com...p_with_clutch/

**Update 6/27/2019**

**Currently None of the attempted fixes have been a cure for cars. ECM updates are seeing stalling return, 5w40 oil changes are seeing stalling return. VWoA has also been calling owners of effected cars asking about starting the buyback process. The more recent behind the scenes discussion that we've seen across the different GTI message board areas has been VW is aware but has no idea on what the cause is at this point.**

**Currently all 2019 GTI and GLI models are in the affected group, still heavily weighted against the 6MT, but some DSG models seem to get reports of stalling as well.**

**Update Aug 1, 2019**

**Buybacks are rolling out in force. Most models in for dealer repairs are getting forced buybacks. Not inspiring confidence for those of us who haven't had stalling yet.**

**Update August 12, 2019**

**I personally filed an NHTSA Petition for Defect Investigation (https://www.golfmk7.com/forums/showp...postcount=1441)**

44.     On vwvortex.com, a consumer of a GTI MK 7.5 posted the following, titled "New car, first gremlin before I hit 100 miles" on April 4, 2019:

Well, finally! Drove home today in my GTI s 6 speed manual and enjoying every monument until mile 70. It happens now and then but I come to a stop and the car just shuts down. I have to turn the key to start it. It's happened 6 times already. Anyone else have this issue?

I want to know what to expect when I take it in tomorrow. Sucks I have the car less than 4 hours and already a gremlin.

_____

Father of 14 year old... GTI MK 7.5 Dark Iron Blue Metallic owner, who has bought said GTI a year before his son can drive it... you know, its my job to break it in 😊

45.     On vwvortex.com, another consumer began a thread titled "2019 GLI 35 6MT engine stalling when stopping[,]" beginning with this post on May 5, 2019:

After driving the car for 30 or so minutes my new GLI will intermittently stall when coming to a stop, I have driven a manual transmission for 28 years so its not user error. This happens when the clutch is to the floor and in gear and sometimes with the clutch out and in neutral. It is a very gentle stall - nothing like the lurching that occurs during a typical stall, in fact there have been times when I didn't notice the engine died. In the first trip to the dealer (a week after purchase) they advised there were no codes and they could not reproduce the issue (surprise). They said it was bad gas - which would be unfortunate since I was still on the tank they filled from the purchase. It started happening again yesterday so I am heading back to the dealer tomorrow. When I called the dealer service dept. yesterday they advised it this was normal stop/start behavior, I argued that the manual GLI does not have the stop/start feature to no avail. This does not instill confidence in the service tech. I am also reporting to the NHSTA when their site is working again. . . .

a.  The same consumer updated his post on May 8, 2019, stating:

I just got my GLI back from the shop, they were unable to replicate the issue but did call VWoA and were advised that this is a known issue and to do the camshaft adjuster replacement. I drove it 30 miles home without issues, will post back if things change.

b.  The same consumer updated his post on May 14, 2019, stating:

Less than a week later the stall issue is back after the cam adjustment. Car is going back to the dealer on Monday,

this will be the third attempt at fixing it and I will be pursuing the leman law process.

   c.  A different consumer responded on the same thread on May 25, 2019, stating:

Any updates?

I found coming to a stop in 2nd gear with clutch pedal to the floor reduces the frequency of this happening, but not entirely...

   d.  A different consumer responded on the same thread on May 25, 2019, stating:

I am curious as well, 200 miles on the clock and my Autobahn has been doing this also.

46.    On carcomplaints.com, a consumer of a 2019 VW Jetta GLI posted the following on July 22, 2019:

2019 Volkswagen Jetta gli 35th anniversary edition 6 speed mt odometer: 408mi built 12/2018 in Mexico vehicle intermittently stalls when coming to a stop with no cel. The dealership was unable to recreate or diagnose the malfunction because it's occurrence is intermittent and there are no codes left in the ECM or tcm.

47.    On edmunds.com, a consumer of a 2019 VW Golf S 4dr Hatchback (2.0L 4cyl Turbo 6M) posted the following on July 15, 2019:

Just picked one up Jun 27. Within a few days the car began stalling at low speed stops in neutral, and in gear with clutch depressed. After reading various online threads it is clear this is a systemic issue with all trims of the 2019 GTI. VW does not have a fix yet.

48.    On edmunds.com, a consumer of a 2019 VW Golf Autobahn 4dr Hatchback (2.0L 4cyl Turbo 6M) posted the following on August 7, 2019:

The manual gti stalling issue is a safety red flag

1

https://www.nhtsa.gov/vehicle/2019/VOLKSWAGEN/ GTI

2

Read here before wasting you money on a manual gti no solution apparently and Vw is not yet acknowledging any of the complains . The car will stall at idle at random after the engine is warmed after mostly city driving

3

4

5      49.     On carproblemzoo.com, in a page titled "Car Stall Problems of

6   Volkswagen GTI - part 1", several consumers detailed their experiences,

7   including the following:

8              a.  On June 14, 2019:

9

10             2019 manual transmission Gti stalling when coming to a stop with foot on clutch. Started happening two days after purchase on 6/02/2019, after approximately 600 miles on vehicle I did not experience stalling. Vehicle now has approximately 2100 miles, and I have experienced the stalling multiple times over the past two days. It happens more often after driving the car spiritedly, and I can consistently get the car to have the issue when driving spiritedly. Happens at random during normal driving. Vehicle also loses electronically assisted power steering during fault.

11

12

13

14

15

16             b.  On June 16, 2019:

17

18             This car was purchased new from crestmont vw in NJ one month ago. It has a manual transmission and when the clutch is engaged and I'm coming to a halt, the car has stalled multiple times. This first happened within the first week of owning the car, and now occurs at least once every other day or so (sometimes more frequently). It has happened when in neutral and when in second gear, though the clutch is always in. The car is at the dealer right now. I explained the situation and they could not reproduce the problem and the car's computer wasn't producing any diagnostic codes. Initially they told me that there was nothing they could do. I then spoke to a manager, showed him online forums where customers were reporting the exact same problem, and to his credit he agreed to keep the car to investigate further.

19

20

21

22

23

24

25

26             c.  On July 5, 2019:

27

28             Bought a new 2019 vw Gti rabbit edition in 6 speed manual. The vehicle stalls and has stalled at least 10

times and I've had it for 2 days. Its very concerning. I've made an appointment to take it in, and I've called vw customer care to let them know. It happens while coming to a stop, has happened in the middle of the intersection.

d.  On July 8, 2019:

Bought a new 2019 vw Gti 's' in 6 speed manual. The vehicle stalls and has stalled at least 10 times and I've had it for about a week. Its very concerning. I've made an appointment to take it in tomorrow, and I've called vw customer care to let them know. It happens while coming to a stop, has happened in the middle of the intersection. I see many others are having the exact same issue but vw is currently unwilling to acknowledge the problem. Sounds like many different parts have been replaced for various consumers to no avail. Most stories I've read have ended in vw buying back the lemons. . .

e.  On July 11, 2019:

The car will shut off when coming to a stop and when moving at low speeds. This happens when car is in nutreal and clutch is depressed 100%. This is a soft shut off and not the same as stalling the vehicle. My car is a 6 speed manual transmission.

f.  On July 25, 2019:

When at idle or coming to a stop, with the car in neutral and the clutch pedal not engaged the vehicle will soft stall and require a key turn to start the motor again. This has happened several times on a brand new vehicle. 6spd manual.

50.   On YouTube, consumers of 2019 VW GTIs have posted several videos demonstrating the stalling problem, such as:

a.  On June 18, 2019, a user posted a video titled "2019 GTI Stalling".  Three commenters in approximately early August 2019 noted that they experienced the same problem and had taken their vehicles to VWGoA dealerships, for example:

Same here as well. Mine is back at the dealer for fix

number 3. First time they reset the ECM. Second time they replaced the ECM. What will they do this time?

b. On July 11, 2019, a user posted a video titled "2019 GTI Stalling part 2," noting:

Dealer sought out tech support which recommended all adaptations be reset.  After 500kms we get stalls again. Took it immediately to the dealer and had a technician sit in the car to view the stalling.

c. A user responded to the video, commenting approximately in early September 2016:

I'm a Vw technician working in England uk. And am currently trying to solve this exact problem......no fix yet

d. On July 20, 2019, a user named Boston Auto Blog posted a video titled "2019 Volkswagen GTI - GLI Stalling Issue - Should I Be Concerned?" also noting:

The 2019 Volkswagen GTI stalling issue is becoming a widespread problem that no one is talking about. With many reaching out to me, I wanted to shed some light on the problems car buyers are experiencing with their GTI and GLI models.

e. A user responded to the video, commenting approximately in early August 2016:

I have a 2019 cornflower blue rabbit 6mt. I've had it about a month have about 2,000 miles on it (been having to much fun). It has happened twice. But it was before the heat wave. I live in md. I think we will have to wait it out. I only ever use my car in eco or custom with all sport and the soundaktor on low. I've driven manuals since my first car when it stalls its not from not driving correctly. It happened both times while the a/c was on max at a stop light.

a. Another user responded to the video, also commenting

1    approximately in early August 2016:

2

3        Great video. I bought a manual 2019 GTI s in Georgia at
         the end of March and it took 2 months of constant
4        communication with VW service and VWoA to get my
         car bought back (and VW credit for bitching and
5        moaning). All and all I made out alright but this is very
         unsafe and if I was not persistent with VW they would've
6        made me keep the car. It was a massive fight to not take
         possession of the car after I brought it into service. If I
7        took the car back it would've been very difficult to get it
         back into service to restart the buyback timeline. Good
8        luck everyone else affected by this issue.

9        51.    VWGoA had superior and exclusive knowledge of the Engine Stall

10   Defect and knew or should have known that the defect was not known or

11   reasonably discoverable by Plaintiff and Class Members before they purchased

12   or leased the Class Vehicles.

13       52.    Plaintiff is informed and believes, and based thereon alleges, that

14   before Plaintiff leased his Class Vehicle, and since 2018, VWGoA knew about

15   the Engine Stall Defect through sources not available to consumers, including

16   pre-release testing data, early consumer complaints to VWGoA and its dealers,

17   testing conducted in response to those consumer complaints, high failure rates,

18   and other aggregate data from VWGoA dealers about the problem. Additionally,

19   on information and belief, VWGoA interacted with Class Members in a private

20   Facebook group and responded to complaints regarding the Engine Stall Defect.

21   This alone conclusively establishes that VWGoA knew of the Engine Stall

22   Defect.

23       53.    Volkswagen is experienced in the design and manufacture of

24   consumer vehicles. As an experienced manufacturer, Volkswagen conducts tests,

25   including pre-sale durability testing, on incoming components, including the

26   engine, to verify the parts are free from defect and align with VWGoA's

27

28

CLASS ACTION COMPLAINT

specifications.[1] Thus, VWGoA knew or should have known the engine was defective and prone to put drivers in a dangerous position due to the inherent risk of the Engine Stall Defect.

54.    Additionally, Defendant should have learned of this widespread defect from the sheer number of reports received from dealerships. Defendant VWGoA's customer relations department, which interacts with individual dealerships to identify potential common defects, has received numerous reports regarding the Engine Stall Defect, which led VWGoA to direct repair tips and suggestions to its technicians.  These tips included, but are not limited to, replacing the N205 Valve and possibly the intake camshaft, and also to replace the engine oil. Consumers' online posts, a sample of which are set forth above, indicate that these do not remedy the defect. VWGoA's customer relations department also collects and analyzes field data including, but not limited to, repair requests made at dealerships, technical reports prepared by engineers who have reviewed vehicles for which warranty coverage is being requested, parts sales reports, and warranty claims data.

55.    Further, Defendant should have learned of this widespread defect from Defendant's repurchase (*i.e.*, buybacks) of many Class Vehicles as result of customer reports of the Engine Stall Defect. Consumers' online posts describing Defendant's buybacks of their Class Vehicles, a sample of which is included above, demonstrate that Defendant knew of the defect and is unable to fix or permanently remedy it.

56.    Defendant's warranty department similarly analyzes and collects data submitted by its dealerships to identify warranty trends in its vehicles. It is Defendant's policy that when a repair is made under warranty the dealership

---

[1] Akweli Parker, *How Car Testing Works*, HOWSTUFFWORKS.COM, http://auto.howstuffworks.com/car-driving-safety/safety-regulatory-devices/car-testing.htm ("The idea behind car testing is that it allows manufactures to work out all the kinks and potential problems of a model before it goes into full production.") (last viewed June 5, 2019).

must provide VWGoA with detailed documentation of the problem and a complete disclosure of the repairs employed to correct it. Dealerships have an incentive to provide detailed information to Defendant, because they will not be reimbursed for any repairs unless the justification for reimbursement is sufficiently detailed.

57.     Indeed, on August 14, 2019, NHTSA's Office of Defects Investigation received a petition requesting an investigation into the Engine Stalling Defect in the Class Vehicles. Pursuant to federal law, NHTSA informed VWGoA of the petition. As reported by NHTSA:

> The petitioner alleges that 2019MY GTI, Golf GTI and Jetta GLI vehicles are experiencing excessive stalling when equipped with a manual transmission. The petitioner further alleges that the engine turns off without warning as the vehicle slows to a stop or prepares to make a turn across traffic with the clutch pressed in and the vehicle in neutral.[2]

58.     The existence of the Engine Stall Defect is a material fact that a reasonable consumer would consider when deciding whether to purchase or lease a Class Vehicle.  Had Plaintiff and other Class Members known of the Engine Stall Defect, they would have paid less for the Class Vehicles or would not have purchased or leased them.

59.     Reasonable consumers, like Plaintiff, expect that a vehicle's engine is safe, will function in a manner that will not pose a safety risk, and is free from defects. Plaintiff and Class Members further reasonably expect that VWGoA will not sell or lease vehicles with known safety defects, such as the Engine Stall Defect, and will disclose any such defects to its consumers when it learns of them. They did not expect VWGoA to conceal and fail to disclose the Engine Stall Defect to them, and to then continually deny its existence.

---

[2] *Available at* https://static.nhtsa.gov/odi/inv/2019/INOA-DP19003-5390.PDF (accessed September 24, 2019)

1

**VWGoA Has Actively Concealed the Engine Stall Defect**

2      60.    Despite its knowledge of the Engine Stall Defect in the Class

3   Vehicles, VWGoA actively concealed the existence and nature of the defect from

4   Plaintiff and Class Members.  Specifically, VWGoA failed to disclose or actively

5   concealed at and after the time of purchase, lease, or repair:

6              (a)    any and all known material defects or material nonconformity

7                     of the Class Vehicles, including the defects pertaining to the

8                     engine;

9              (b)    that the Class Vehicles, including the engine, were not in

10                     good in working order, were defective, and were not fit for

11                     their intended purposes; and

12             (c)    that the Class Vehicles and their engines were defective,

13                     despite the fact that VWGoA learned of such defects as early

14                     as early 2018.

15      61.    On information and belief, when consumers present their Class

16   Vehicles to an authorized VWGoA dealer for engine repairs, rather than repair

17   the problem under warranty, VWGoA dealers either inform consumers that their

18   vehicles are functioning properly or conduct repairs that merely mask the Engine

19   Stall Defect.

20

**VWGoA Has Unjustly Retained A Substantial Benefit**

21      62.     On information and belief, Plaintiff alleges that Defendant

22   unlawfully failed to disclose the alleged defect to induce them and other putative

23   Class Members to purchase or lease the Class Vehicles.

24      63.    Plaintiff further alleges that Defendant thus engaged in deceptive

25   acts or practices pertaining to all transactions involving the Class Vehicles,

26   including Plaintiff.

27      64.    As discussed above therefore, Plaintiff alleges that Defendant

28   unlawfully induced him to lease his Class Vehicle by concealing a material fact

(the defective engine) and that he would have paid less for the Class Vehicle, or not leased it at all, had he known of the defect.

65.     Accordingly, Defendant's ill-gotten gains, benefits accrued in the form of increased sales and profits resulting from the material omissions that did - and likely will continue to - deceive consumers, should be disgorged.

## CLASS ACTION ALLEGATIONS

66.     Plaintiff bringss this lawsuit as a class action on behalf of himself and all others similarly situated as members of the proposed Class pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3). This action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of those provisions.

67.     The Class and Sub-Class are defined as:

> **Class**:   All individuals in the United States who purchased or leased any 2019-present Volkswagen GTI or Volkswagen Jetta GLI vehicle equipped with a manual transmission.

> **California Sub-Class**:  All members of the Class who reside in the State of California.

> **CLRA Sub-Class**:  All members of the California Sub-Class who are "consumers" within the meaning of California Civil Code § 1761(d).

> **Implied Warranty Sub-Class**:   All members of the Class who purchased or leased their vehicles in the State of California.

68.     Excluded from the Class and Sub-Classes are:  (1) Defendant, any entity or division in which Defendant has a controlling interest, and their legal representatives, officers, directors, assigns, and successors; (2) the Judge to whom this case is assigned and the Judge's staff; (3) any Judge sitting in the presiding state and/or federal court system who may hear an appeal of any judgment entered; and (4) those persons who have suffered personal injuries as a result of the facts alleged herein.  Plaintiff reserve the right to amend the Class

1    and Sub-Class definitions if discovery and further investigation reveal that the
2    Class and Sub-Class should be expanded or otherwise modified.

3        69.    Numerosity:  Although the exact number of Class Members is
4    uncertain, and can only be ascertained through appropriate discovery, the number
5    is significant enough such that joinder is impracticable.  The disposition of the
6    claims of these Class Members in a single action will provide substantial benefits
7    to all parties and to the Court.  The Class Members are readily identifiable from
8    information and records in Defendant's possession, custody, or control, as well
9    as from records kept by the Department of Motor Vehicles.

10       70.    Typicality:  Plaintiff's claims are typical of the claims of the Class
11   in that Plaintiff, like all Class Members, purchased or leased a Class Vehicle
12   designed, manufactured, and/or distributed by VWGoA. The representative
13   Plaintiff, like all Class Members, has been damaged by Defendant's misconduct
14   in that they have incurred or will incur the cost of repairing or replacing the
15   defective engine and/or its components.  Furthermore, the factual bases of
16   VWGoA's misconduct are common to all Class Members and represent a
17   common thread resulting in injury to the Class.

18       71.    Commonality:  There are numerous questions of law and fact
19   common to Plaintiff and the Class that predominate over any question affecting
20   Class Members individually.  These common legal and factual issues include the
21   following:

22          (a)    Whether Class Vehicles suffer from defects relating to the
23                 engine;
24          (b)    Whether the defects relating to the engine constitute an
25                 unreasonable safety risk;
26          (c)    Whether Defendant knew about the defects pertaining to the
27                 engine and, if so, how long Defendant has known of the
28                 defect;

CLASS ACTION COMPLAINT

(d)   Whether the defective nature of the engine constitutes a material fact;

(e)   Whether Defendant has had an ongoing duty to disclose the defective nature of the engine to Plaintiff and Class Members;

(f)   Whether Plaintiff and the other Class Members are entitled to equitable relief, including a preliminary and/or a permanent injunction;

(g)   Whether Defendant knew or reasonably should have known of the defects pertaining to the engine before it sold and leased Class Vehicles to Class Members;

(h)   Whether Defendant should be declared financially responsible for notifying the Class Members of problems with the Class Vehicles and for the costs and expenses of repairing and replacing the defective engine and/or its components;

(i)   Whether Defendant is obligated to inform Class Members of their right to seek reimbursement for having paid to diagnose, repair, or replace their defective engine and/or its components;

(j)   Whether Defendant breached the implied warranty of merchantability pursuant to the Magnuson-Moss Warranty Act;

(k)   Whether Defendant breached the implied warranty of merchantability pursuant to the Song-Beverly Act

(l)   Whether Defendant breached its express warranties under UCC section 2301; and

(m)   Whether Defendant breached written warranties pursuant to the Magnuson-Moss Warranty Act.

72.   <u>Adequate Representation</u>:  Plaintiff swill fairly and adequately

protect the interests of the Class Members.  Plaintiff have retained attorneys experienced in the prosecution of class actions, including consumer and product defect class actions, and Plaintiff intend to vigorously prosecute this action.

73.    <u>Predominance and Superiority</u>:  Plaintiff and Class Members have all suffered, and will continue to suffer, harm and damages as a result of Defendant's unlawful and wrongful conduct.  A class action is superior to other available methods for the fair and efficient adjudication of the controversy.  Absent a class action, most Class Members would likely find the cost of litigating their claims prohibitively high and would therefore have no effective remedy.  Because of the relatively small size of the individual Class Members' claims, it is likely that only a few Class Members could afford to seek legal redress for Defendant's misconduct.  Absent a class action, Class Members will continue to incur damages, and Defendant's misconduct will continue unabated without remedy or relief.  Class treatment of common questions of law and fact would also be a superior method to multiple individual actions or piecemeal litigation in that it will conserve the resources of the courts and the litigants and promote consistency and efficiency of adjudication.

**FIRST CAUSE OF ACTION**

**(Violation of California's Consumers Legal Remedies Act,**

**California Civil Code § 1750, *et seq*.)**

**(On Behalf of the California Sub-Class)**

74.    Plaintiff Patrick incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

75.    Plaintiff Patrick brings this cause of action on behalf of himself and the CLRA Sub-Class (CLRA Sub-Class).

76.    Defendant is a "person" as defined by California Civil Code § 1761(c).

77.    Plaintiff Patrick and the CLRA Sub-Class members are "consumers"

1  within the meaning of California Civil Code § 1761(d) because they purchased
2  or leased their Class Vehicles primarily for personal, family, or household use.

3      78.     By failing to disclose and concealing the defective nature of the
4  engine from Plaintiff Patrick and prospective CLRA Sub-Class members,
5  Defendant violated California Civil Code § 1770(a), as it represented that the
6  Class Vehicles and their engines had characteristics and benefits that they do not
7  have, and represented that the Class Vehicles and their engines were of a
8  particular standard, quality, or grade when they were of another. *See* Cal. Civ.
9  Code §§ 1770(a)(5) & (7).

10     79.     Defendant's unfair and deceptive acts or practices occurred
11  repeatedly in Defendant's trade or business, were capable of deceiving a
12  substantial portion of the purchasing public, and imposed a serious safety risk on
13  the public.

14     80.     Defendant knew that the Class Vehicles and their engines suffered
15  from an inherent defect, were defectively designed, and were not suitable for
16  their intended use.

17     81.     As a result of their reliance on Defendant's omissions, owners
18  and/or lessees of the Class Vehicles, including Plaintiff Patrick, suffered an
19  ascertainable loss of money, property, and/or value of their Class Vehicles.
20  Additionally, as a result of the Engine Stall Defect, Plaintiff Patrick and the
21  CLRA Sub-Class members were harmed and suffered actual damages in that the
22  Class Vehicles' engines and their components are substantially certain to fail
23  before their expected useful life has run.

24     82.     Defendant was under a duty to Plaintiff Patrick and the CLRA Sub-
25  Class members to disclose the defective nature of the engine and/or the
26  associated repair costs because:

27          (a)    Defendant was in a superior position to know the true state of
28                 facts about the safety defect in the Class Vehicles' engine;

(b)   Plaintiff Patrick and the CLRA Sub-Class members could not reasonably have been expected to learn or discover that their engine had a dangerous safety defect until it manifested; and

(c)   Defendant knew that Plaintiff Patrick and the CLRA Sub-Class members could not reasonably have been expected to learn of or discover the safety defect.

83.   In failing to disclose the defective nature of engine, Defendant knowingly and intentionally concealed material facts and breached its duty not to do so.

84.   The facts Defendant concealed from or failed to disclose to Plaintiff Patrick and the CLRA Sub-Class members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase or lease the Class Vehicles or pay less.  Had Plaintiff Patrick and the CLRA Sub-Class members known that the Class Vehicles' engine was defective, they would not have purchased or leased the Class Vehicles or would have paid less for them.

85.   Plaintiff Patrick and the CLRA Sub-Class members are reasonable consumers who do not expect the engine installed in their vehicles to exhibit problems such as the Engine Stall Defect. This is the reasonable and objective consumer expectation relating to a vehicle's engine.

86.   As a result of Defendant's conduct, Plaintiff Patrick and the CLRA Sub-Class members were harmed and suffered actual damages in that, on information and belief, the Class Vehicles experienced and will continue to experience problems such as the Engine Stall Defect.

87.   As a direct and proximate result of Defendant's unfair or deceptive acts or practices, Plaintiff Patrick and the CLRA Sub-Class members suffered and will continue to suffer actual damages.

88.   Plaintiff Patrick and the CLRA Sub-Class members are entitled to

CLASS ACTION COMPLAINT

1    equitable relief.

2        89.    Plaintiff Patrick provided Defendant with notice of its violations of

3    the CLRA pursuant to California Civil Code § 1782(a).  If, within 30 days,

4    Defendant fails to provide appropriate relief for their violations of the CLRA,

5    Plaintiff Patrick will amend this Complaint to seek monetary, compensatory, and

6    punitive damages, in addition to the injunctive and equitable relief that he seeks

7    now on behalf of himself and the CLRA Sub-Class.

8                        **SECOND CAUSE OF ACTION**

9    **(Violation of California Business & Professions Code § 17200, *et seq.*)**

10                **(On Behalf of the California Sub-Class)**

11        90.    Plaintiff Patrick incorporates by reference the allegations contained

12   in the preceding paragraphs of this Complaint.

13        91.    Plaintiff Patrick brings this cause of action on behalf of himself and

14   the California Sub-Class (CA Sub-Class).

15        92.    As a result of their reliance on Defendant's omissions, owners

16   and/or lessees of the Class Vehicles, including Plaintiff Patrick, suffered an

17   ascertainable loss of money, property, and/or value of their Class Vehicles.

18   Additionally, as a result of the Engine Stall Defect, Plaintiff Patrick and the CA

19   Sub-Class members were harmed and suffered actual damages in that the Class

20   Vehicles' engine and/or its components are substantially certain to fail before

21   their expected useful life has run.

22        93.    California Business & Professions Code § 17200 prohibits acts of

23   "unfair competition," including any "unlawful, unfair or fraudulent business act

24   or practice" and "unfair, deceptive, untrue or misleading advertising."

25        94.    Plaintiff Patrick and the CA Sub-Class members are reasonable

26   consumers who do not expect their engines to exhibit problems such as loss of

27   power, premature wear, and frequent replacement or repair.

28        95.    Defendant knew the Class Vehicles and their engines were

defectively designed or manufactured, would fail prematurely, and were not suitable for their intended use.

96.     In failing to disclose the Engine Stall Defect, Defendant has knowingly and intentionally concealed material facts and breached its duty not to do so.

97.     Defendant was under a duty to Plaintiff Patrick and the CA Sub-Class members to disclose the defective nature of the Class Vehicles and their engines because:

(a)     Defendant was in a superior position to know the true state of facts about the safety defect in the Class Vehicles' engines; and

(b)     Defendant actively concealed the defective nature of the Class Vehicles and their engines from Plaintiff Patrick and the CA Sub-Class.

98.     The facts Defendant concealed from or failed to disclose to Plaintiff Patrick and the CA Sub-Class members are material in that a reasonable person would have considered them to be important in deciding whether to purchase or lease Class Vehicles.  Had they known of the Engine Stall Defect, Plaintiff Patrick and the other CA Sub-Class members would have paid less for Class Vehicles equipped with the engines or would not have purchased or leased them at all.

99.     Defendant continued to conceal the defective nature of the Class Vehicles and their engines even after Plaintiff Patrick and the other CA Sub-Class members began to report problems.

100.   Defendant's conduct was and is likely to deceive consumers.

101.   Defendant's acts, conduct, and practices were unlawful, in that they constituted:

(a)     Violations of California's Consumers Legal Remedies Act;

(b)     Violations of the Song-Beverly Consumer Warranty Act;

(c)     Violations of the Magnuson-Moss Warranty Act; and

(d)     Breach of Express Warranty under California Commercial Code § 2313.

102.   By its conduct, Defendant has engaged in unfair competition and unlawful, unfair, and fraudulent business practices.

103.   Defendant's unfair or deceptive acts or practices occurred repeatedly in Defendant's trade or business and were capable of deceiving a substantial portion of the purchasing public.

104.   As a direct and proximate result of Defendant's unfair and deceptive practices, Plaintiff Patrick and the other CA Sub-Class members have suffered and will continue to suffer actual damages.

105.   Defendant has been unjustly enriched and should be required to make restitution to Plaintiff Patrick and the other CA Sub-Class members pursuant to §§ 17203 and 17204 of the Business & Professions Code.

**THIRD CAUSE OF ACTION**

**(Breach of Implied Warranty Pursuant to Song-Beverly Consumer Warranty Act, California Civil Code §§ 1792 and 1791.1, *et seq.*)**

**(On Behalf of the Implied Warranty Sub-Class)**

106.   Plaintiff Patrick incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

107.   Plaintiff Patrick brings this cause of action against Defendant on behalf of himself and the Implied Warranty Sub-Class (IW Sub-Class).

108.   Defendant was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles.  Defendant knew or had reason to know of the specific use for which the Class Vehicles were purchased or leased.

109.   Defendant provided Plaintiff Patrick and the IW Sub-Class members with an implied warranty that the Class Vehicles and their components and parts

1   are merchantable and fit for the ordinary purposes for which they were sold.

2   However, the Class Vehicles are not fit for their ordinary purpose of providing

3   reasonably reliable and safe transportation because, *inter alia*, the Class Vehicles

4   and their engines suffered from an inherent defect at the time of sale and

5   thereafter and are not fit for their particular purpose of providing safe and

6   reliable transportation.

7        110.   Defendant impliedly warranted that the Class Vehicles were of

8   merchantable quality and fit for their intended use.  This implied warranty

9   included, among other things: (i) a warranty that the Class Vehicles and their

10  engines, which were manufactured, supplied, distributed, and/or sold by

11  VWGoA, would provide safe and reliable transportation; and (ii) a warranty that

12  the Class Vehicles and their engines would be fit for their intended use.

13       111.   Contrary to the applicable implied warranties, the Class Vehicles

14  and their engines at the time of sale and thereafter were not fit for their ordinary

15  and intended purpose of providing Plaintiff Patrick and the IW Sub-Class

16  members with reliable, durable, and safe transportation.  Instead, the Class

17  Vehicles are defective, including the defective engines.

18       112.   The alleged Engine Stall Defect is inherent and was present in each

19  Class Vehicle at the time of sale.

20       113.   As a result of Defendant's breach of the applicable implied

21  warranties, owners and/or lessees of the Class Vehicles suffered an ascertainable

22  loss of money, property, and/or value of their Class Vehicles. Additionally, as a

23  result of the Engine Stall Defect, Plaintiff Patrick and the IW Sub-Class

24  members were harmed and suffered actual damages in that the Class Vehicles'

25  engines and/or its components are substantially certain to fail before their

26  expected useful life has run.

27       114.   Defendant's actions, as complained of herein, breached the implied

28  warranty that the Class Vehicles were of merchantable quality and fit for such

use in violation of California Civil Code §§ 1792 and 1791.1.

**FOURTH CAUSE OF ACTION**

**(Breach of Express Warranty under the Magnuson-Moss Warranty Act,**

**15 U.S.C. § 2303 *et seq*.)**

**(On Behalf of the Class)**

115.   Plaintiff incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

116.   Plaintiff brings this cause of action on behalf of himself and on behalf of the Class against Defendant.

117.   Defendant provided all purchasers and lessees of the Class Vehicles with an express warranty described *infra*, which became a material part of the bargain. Accordingly, Defendant's express warranty is an express warranty under California law.

118.   The engine and its component parts were manufactured and/or installed in the Class Vehicles by Defendant and are covered by the express warranty.

119.   In a section entitled "What is Covered," Defendant's express warranty provides in relevant part that "Except as specified in the section entitled "Limited Coverage", this warranty covers any repair to correct a defect in manufacturer's material or workmanship (i.e., mechanical defects), except wheel alignment, tire balance, and the repair or replacement of tires." The warranty enumerates the "limited coverage" components, which include, *e.g.,* bulbs and paint, but which do *not* include the engine or the applicable control units. The warranty further provides that "Repairs under this limited warranty are free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with a new or remanufactured Genuine Volkswagen Part."

120.   According to VWGoA, "The New Vehicle Limited Warranty period is 6 years or 72,000 miles, whichever occurs first, except as specified in the

section entitled "Limited Coverage."

121.   Defendant breached the express warranties by selling and leasing Class Vehicles with engines that were defective, requiring repair or replacement within the warranty period, and refusing to honor the express warranty by repairing or replacing, free of charge, the engine and its component parts. VWGoA has failed to "repair" the defects as alleged herein.

122.   Plaintiff was not required to notify VWGoA of the breach or was not required to do so because affording VWGoA a reasonable opportunity to cure its breach of written warranty would have been futile. Defendant was also on notice of the defect from complaints and service requests it received from Class Members, from repairs and/or replacements of the engine, and from other internal sources.

123.   As a direct and proximate cause of Defendant's breach, Plaintiff and the other Class members have suffered, and continue to suffer, damages, including economic damages at the point of sale or lease. Additionally, Plaintiff and the other Class members have incurred or will incur economic damages at the point of repair in the form of the cost of repair.

124.   Plaintiff and the other Class members are entitled to legal and equitable relief against Defendant, including actual damages, consequential damages, specific performance, attorneys' fees, costs of suit, and other relief as appropriate.

### FIFTH CAUSE OF ACTION

### (Breach of Implied Warranty under the Magnuson-Moss Warranty Act, 15 U.S.C. § 2303 *et seq.*)

### (On Behalf of the Class)

125.   Plaintiff incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

126.   Plaintiff brings this cause of action on behalf of himself and the

1   Class against Defendant.

2   127.   The Class Vehicles are a "consumer product" within the meaning of

3   the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(1).

4   128.   Plaintiff and Class Members are "consumers" within the meaning of

5   the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

6   129.   Defendant is a "supplier" and "warrantor" within the meaning of the

7   Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(4)-(5).

8   130.   VWGoA impliedly warranted that the Class Vehicles were of

9   merchantable quality and fit for use.  This implied warranty included, among

10   other things: (i) a warranty that the Class Vehicles and their engines were

11   manufactured, supplied, distributed, and/or sold by VWGoA would provide safe

12   and reliable transportation; and (ii) a warranty that the Class Vehicles and their

13   engine would be fit for their intended use while the Class Vehicles were being

14   operated.

15   131.   Contrary to the applicable implied warranties, the Class Vehicles

16   and their engines at the time of sale and thereafter were not fit for their ordinary

17   and intended purpose of providing Plaintiff and Class members with reliable,

18   durable, and safe transportation.  Instead, the Class Vehicles are defective,

19   including the defective design of their engine.

20   132.   Defendant's breach of implied warranties has deprived Plaintiff and

21   Class members of the benefit of their bargain.

22   133.   The amount in controversy of Plaintiff' individual claims meets or

23   exceeds the sum or value of $25,000.  In addition, the amount in controversy

24   meets or exceeds the sum or value of $50,000 (exclusive of interests and costs)

25   computed on the basis of all claims to be determined in this suit.

26   134.   Defendant has been afforded a reasonable opportunity to cure its

27   breach, including when Plaintiff and Class members brought their vehicles in for

28   diagnoses and repair of the engine.

135.   As a direct and proximate cause of Defendant's breach of implied warranties, Plaintiff and Class members sustained and incurred damages and other losses in an amount to be determined at trial.  Defendant's conduct damaged Plaintiff and Class members, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, costs, attorneys' fees, and/or other relief as appropriate.

136.   As a result of Defendant's violations of the Magnuson-Moss Warranty Act as alleged herein, Plaintiff and Class members have incurred damages.

**SEVENTH CAUSE OF ACTION**

**(For Unjust Enrichment)**

**(On Behalf of the Class)**

137.   Plaintiff incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

138.   Plaintiff brings this cause of action on behalf of himself and the Class.

139.   As a direct and proximate result of Defendant's failure to disclose known defects, Defendant has profited through the sale and lease of the Class Vehicles.  Although these vehicles are purchased and leased through Defendant's agents, the money from the vehicle sales flows directly back to Defendant.

140.   Additionally, as a direct and proximate result of Defendant's failure to disclose known defects in the Class Vehicles, Plaintiff and Class Members have vehicles that require repeated, high-cost repairs that can and therefore have conferred an unjust substantial benefit upon Defendant.

141.   Defendant has been unjustly enriched due to the known defects in the Class Vehicles through the use money paid that earned interest or otherwise added to Defendant's profits when said money should have remained with Plaintiff and Class Members.

1  142. As a result of the Defendant's unjust enrichment, Plaintiff and Class
2  Members have suffered damages.

3  **RELIEF REQUESTED**

4  143. Plaintiff, on behalf of himself and all others similarly situated,
5  requests the Court to enter judgment against Defendant, as follows:

6          (a)    An order certifying the proposed Class and Sub-Classes,
7                  designating Plaintiff as named representatives of the Class,
8                  and designating the undersigned as Class Counsel;

9          (a)    A declaration that Defendant is financially responsible for
10                 notifying all Class Members of the Engine Stalling Defect;

11         (b)    An order enjoining Defendant from further deceptive
12                 distribution, sales, and lease practices with respect to Class
13                 Vehicles; compelling Defendant to issue a voluntary recall for
14                 the Class Vehicles pursuant to. 49 U.S.C. § 30118(a);
15                 compelling Defendant to repair and eliminate the Engine
16                 Stalling Defect from every Class Vehicle; enjoining
17                 Defendant from selling the Class Vehicles with the
18                 misleading information; and/or compelling Defendant to
19                 reform its warranty, in a manner deemed to be appropriate by
20                 the Court, to cover the injury alleged and to notify all Class
21                 Members that such warranty has been reformed;

22         (c)    A declaration requiring Defendant to comply with the various
23                 provisions of the Song-Beverly Act alleged herein and to
24                 make all the required disclosures;

25         (d)    An award to Plaintiff and the Class for compensatory,
26                 exemplary, and statutory damages, including interest, in an
27                 amount to be proven at trial; except that Plaintiff do not
28                 currently seek monetary damages under the Consumers Legal

1                    Remedies Act;

2         (e)   Any and all remedies provided pursuant to the Song-Beverly

3               Act, including California Civil Code section 1794;

4         (f)   Any and all remedies provided pursuant to the Magnuson-

5               Moss Warranty Act;

6         (g)   A declaration that Defendant must disgorge, for the benefit of

7               the Class, all or part of the ill-gotten profits it received from

8               the sale or lease of its Class Vehicles or make full restitution

9               to Plaintiff and Class Members;

10       (h)   An award of attorneys' fees and costs, as allowed by law;

11       (i)   An award of attorneys' fees and costs pursuant to California

12              Code of Civil Procedure § 1021.5;

13       (j)   An award of pre-judgment and post-judgment interest, as

14              provided by law;

15       (k)   Leave to amend the Complaint to conform to the evidence

16             produced at trial; and

17       (l)   Such other relief as may be appropriate under the

18             circumstances.

19                        **DEMAND FOR JURY TRIAL**

20     144.   Pursuant to Federal Rule of Civil Procedure 38(b) and Central

21 District of California Local Rule 38-1, Plaintiff demands a trial by jury of all

22 issues in this action so triable.

23

24

25

26

27

28

Dated:  October 3, 2019

Respectfully submitted,

**Capstone Law APC**


By: /s/ *Mark A. Ozzello*

Mark A. Ozzello
Tarek H. Zohdy
Cody R. Padgett
Trisha K. Monesi

Attorneys for Plaintiff

/s/ *Russell D. Paul*

Russell D. Paul
Amey J. Park
**BERGER MONTAGUE PC**

# EXHIBIT 1

Mark A. Ozzello (SBN 116595)
Mark.Ozzello@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Russell D. Paul *(admission pending)*
rpaul@bm.net
Amey J. Park *(admission pending)*
apark@bm.net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.:  (215) 875-3000
Fax:   (215) 875-4604
Email:  rpaul@bm.net
            apark@bm.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PATRICK, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>  v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br><br>    Defendant. | Case No.:<br><br>**DECLARATION OF DAVID PATRICK IN SUPPORT OF VENUE FOR CLASS ACTION COMPLAINT PURSUANT TO CIVIL CODE § 1780(d)** |

DocuSign Envelope ID: E5454260-A116-4C22-A0F7-789214ACA296

# DECLARATION OF DAVID PATRICK

I, DAVID PATRICK, declare under penalty of perjury as follows:

1.      I make this declaration based upon my personal knowledge except as to those matters stated herein that are based upon information and belief, and as to those matters, I believe them to be true.  I am over the age of eighteen, a citizen of the State of California, and a Plaintiff in this action.

2.      Pursuant to California Civil Code §1780(d), this Declaration is submitted in support of Plaintiff's Selection of Venue for the Trial of Plaintiff's Cause of Action alleging violation of California's Consumers Legal Remedies Act.

3.      I reside in Fullerton, California, which is in the County of Orange.  I leased a new 2019 Volkswagen Jetta GLI that is the subject of this lawsuit from Riverside Volkswagen, an authorized Volkswagen dealer in Riverside, California.

4.      I am informed and believe that Defendant VWGoA is a corporation organized and in existence under the laws of the State of New Jersey and registered to do business in the State of California.  VWGoA's Corporate Headquarters are located at 2200 Ferdinand Porsche Drive, Herndon, Virginia 20171.  On information and belief, Defendant conducts business in Orange County.

5.      Based on the facts set forth herein, this Court is a proper venue for the prosecution of Plaintiff's Cause of Action alleging violation of California's Consumers Legal Remedies Act because my 2019 Volkswagen Jetta GLI that is the subject of this lawsuit is situated here, and a substantial portion of the events giving rise to my claims occurred here.

6.      I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on October 3, 2019, in Fullerton, California.



DECL. OF DAVID PATRICK IN SUPPORT OF PLAINTIFF'S SELECTION OF VENUE FOR TRIAL